FILED

JUN 30 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

Fahamme Nation of Nations
DBA Sheik Tehuti
Billy R. Taylor
vs.
Rene Zarazua
& Harold Todd Jackson (Deceased)

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **FAHAMME NATION OF NATIONS TRUST,** DBA SHEIK TEHUTI; BILLY R. TAYLOR, Trustee; and All Heirs of the W.M. DAWSON ESTATE, | § | Case No. 6:26-CV-319 |
| Plaintiffs, | § | JURY TRIAL DEMANDED |
| v. | § | |
| RENE ZARAZUA; TITAN EQUITY, LLC, and HAROLD TODD JACKSON (Deceased), | § | |
| Defendants. | § | |

**JURY**

**PLAINTIFFS' ORIGINAL FEDERAL COMPLAINT**

**FOR DAMAGES AND EQUITABLE RELIEF**

*(Filed by Plaintiffs Fahamme Nation of Nations Trust, DBA Sheik Tehuti, and Billy R. Taylor, Trustee, Pro Se)*

**CONSTRUCTIVE FRAUD – VIOLATION OF THE CLEARFIELD DOCTRINE**

**FAIR DEBT COLLECTION PRACTICES ACT – CIVIL RIGHTS VIOLATIONS**

**SLANDER OF TITLE – IDENTITY THEFT – RICO**

**TO THE HONORABLE JUDGE OF SAID COURT:**

## INTRODUCTION

**1.**Fahamme Nation of Nations Trust, DBA Sheik Tehuti — Trustee Billy R. Taylor — provides information for Constructive Fraud — transactions regulated by State and Local law.

**2.**Titan Equity LLC, DBA Rene Zarazua, acts as Debt Collector, Probate Judge, Judiciary Authority, Fiduciary of the Dawson Estate, and engages in Money Laundering — subjecting himself to this Court.

**3.**Titan Equity claims authority to mandate collection and ownership of the property from non-mortgage, loans, liens, Affidavit of Heirship, or court order, under the Fair Debt Collection Act. Rene Zarazua lied about the amount of the debt — it did not exist.

**4.**There is inherently suspicious activity about the seller having no interest, no Affidavit of Heirship, no court order, no probate or judicial order. Rene Zarazua has no interest in the property located at 15702 County Road 1315 — injunctive relief pursuant to 28 U.S.C. §§ 2201, 2202; 28 U.S.C. § 1361; and to vacate unlawful agency action under 5 U.S.C. § 706.

**5.**Federal remedies for deprivation of constitutional and statutory rights apply to all conduct described herein.

**6.**Fahamme Nation of Nations Trust, and Trustee, file this lawsuit because Rene Zarazua is using Constructive Fraud in violation of the Clearfield Doctrine — violation of separation of power, oath of office — and violates the Constitution because Rene Zarazua claims statutory authority amounting to a roving power to require disclosure on any consumer transaction the agency deems fit.

**7.**Fahamme Nation of Nations Trust also sues because it objects to being conscripted into performing Constructive Fraud — violation of Texas Penal Code Section 32.32, Fraud by

Deception — which prohibits schemes and artifices to defraud through unauthorized document execution, improper conveyance of property rights, and fraudulent assertion of legal authority.

**8.**Fahamme Nation of Nations Trust objects to the Identity Theft of its grandparents, parents, uncles, aunts, cousins, and slanders on public record. See original petition of Titan Equity LLC — DBA Reze Zarazua, Exhibit A — because Rene Zarazua cannot be compelled to enter into an involuntary contract with State and County officials; he used an online $7,500 payment to Henderson County Tax Office on a pending tax dispute.

**9.**Finally, Fahamme Nation, Sheik Tehuti, Billy R. Taylor, Dawson Estate brings this suit because it objects to the Identity Theft of grandparents, parents, uncles, aunts, cousins, and slanders on public records. Rene Zarazua acted to create a debt to the Fahamme Nation of Nations Trust and claim ownership through None Heirs, None Relatives, None Probate or Judicial orders, acting as a self-appointed Fiduciary of the Dawson Estate; see Clearfield Doctrine.

## I. JURISDICTION AND VENUE

**10.**This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 5 U.S.C. §§ 702, 706.

**11.**The Court has authority to issue declaratory and injunctive relief pursuant to 28 U.S.C. § 2201 and § 2202, 28 U.S.C. § 1361, and to vacate unlawful agency actions under 5 U.S.C. § 706.

**12.**This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (Federal Question) and the Clearfield Doctrine (Clearfield Trust Co. v. United States, 318 U.S. 363 (1943)), as this action involves unlawful conversion of assets and rights involving federal/official instruments and violations of civil rights protected under the Constitution and laws of the United States. Plaintiffs demand damages in the sum of $10,000,000.00 for constructive fraud, identity theft, and violations of the Fair Debt Collection Practices Act (FDCPA). Venue is proper in the Eastern

District of Texas, Tyler Division, because the subject property and events occurred in this district.

## II. PARTIES

### PLAINTIFFS

**13.**Plaintiff Fahamme Nation of Nations Trust, DBA Sheik Tehuti, is the Grantor, Executor, and heir of The Estate. The headquarters of the Church and resident is located at 15702 County Road 1315, Crossroads (Malakoff), Texas 75148. Sheik Tehuti has been homestead resident since 2008. Warranty Deed is filed in Henderson County Recorder's Office.

**14.**Plaintiff Billy R. Taylor is Trustee for Fahamme Nation of Nations Trust and brings this action in his capacity as Trustee for the Fahamme Nation of Nations.

### DEFENDANTS

**15.**Defendant Rene Zarazua, State Bar No. 24079285, is acting as a Debt Collector and is sued in his official capacity and individual capacity as attorney, debt collector, Grantee of Warranty Deeds, and self-appointed Probate Judge and Fiduciary of the Dawson Estate.

**16.**Defendant Titan Equity, LLC, and any agent, representative, attorney, or third party acting on their behalf, is required to file a copy of their Bar Card, oath of office, admission to practice in federal district court, certificate of good standing, attorney oath of office, admission fee order by the Court — notarized or certified by the Court.

**17.**Defendant Harold Todd Jackson (Deceased) is named as a Defendant. On July 12, 2025, Titan Equity LLC filed a Warranty Deed using Harold Todd Jackson as Grantee — an invalid deed. Harold Todd Jackson is not a legal heir, not a relative, and is not a child of William M. Dawson.

## III. LEGAL AUTHORITY AND CITATIONS

***Clearfield Trust Co. v. United States, 318 U.S. 363 (1943)*** — The seminal United States Supreme Court decision establishing federal common law governing federal instruments and negotiable instruments. Issuing commercial paper such as a Warranty Deed is a constitutional function of the federal government; federal law must govern. Need for uniformity governs by Texas Rules of Professional Conduct, penalties — will file a formal grievance with the Texas State Bar seeking suspension or disbarment for violation of Rule 3.01, frivolous claims; Rule 4.01, false statements; and Rule 8.04, fraud and deceit.

**Texas Penal Code § 32.32 (Fraud by Deception)** — Prohibiting schemes and artifices to defraud, including constructive fraud through unauthorized document execution, improper conveyance of property rights, and fraudulent assertion of legal authority to transfer title.

**15 U.S.C. § 1692 et seq. (Fair Debt Collection Practices Act)** — Providing civil remedies for debt collection abuses, unauthorized claims of ownership, fraudulent assertion of collection authority, and improper liens on real property. Defendant's actions violate 15 U.S.C. §§ 1692d, 1692e, 1692f, and 1692g through false representations and unconscionable collection methods.

**42 U.S.C. § 1983 (Civil Rights Act)** — Derived from Section 1 of the Ku Klux Klan Act of 1871, 17 Stat. 13, signed April 20, 1971. Every person under color of law of any State, statute, ordinance, regulation, or usage of any State or Territory, or the District of Columbia, subjects any citizen of the United States or any other person within the jurisdiction thereof to deprivation of rights secured by the Constitution shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**18 U.S.C. § 1964 (RICO)** — Racketeer Influenced and Corrupt Organizations Act. Evidence in Rene Zarazua's Petition to the District Court suggests his firm is engaged in a pattern and practice of racketeering activity: purchasing worthless fractional interests, falsifying heirship

records, and fabricating debt to coerce landowners into selling their property for pennies on the dollar. RICO allows for treble damages.

**Texas Property Code §§ 12.002, 51.002** — Slander of Title and unauthorized non-judicial foreclosure proceedings.

**Texas Business & Commerce Code §§ 2.310, 3.305, 3.501** — Governing commercial instruments, defenses, and dishonor of negotiable instruments.

**Texas Deceptive Trade Practices Act (DTPA), Tex. Bus. & Com. Code § 17.50** — Willful and knowing deceptive acts designed to deprive Plaintiff of property rights. DTPA allows for treble (3x) damages for intentional misconduct and attorney debt collector misconduct.

**31 U.S.C. § 5318(g)** — Suspicious transaction reporting requirements. Titan Equity's non-financial transactions, making hard money loans to non-property owners to make a claim for a debt to the Deed Holder and owner of the Estate, claiming a $200,000 debt is due, constitutes a suspicious transaction relevant to possible violation of law or regulation. See Final Rule 89 Fed. Reg. at 70259–70260.

## IV. GENERAL ALLEGATIONS AND STATEMENT OF FACTS

### General Allegations

Rene Zarazua imposes a Constructive Fraud claim in District Court on a non-finance real estate claim, acting as a debt collector, Fiduciary of the Dawson Estate, Probate Judge, and Judiciary — to claim ownership and authorize filing on County Record of equity deeds.

**17.**On July 12, 2025, Titan Equity LLC — Defendant — used a Constructive Fraud Affidavit of Fact concerning the Identity Theft of the Dawson Estate Heirs. Claims by a non-heir on an Affidavit of Heirship, Probate Court, or Judiciary Court Order constitute Constructive Fraud, and Slander. Lies claimed by Harold Todd Jackson and Rene Zarazua.

**18.**Thereafter, Reze Zarazua DBA Titan began targeting and expanded the geographic scope of filings — filing other General Warranty Deeds: Alven Dyne Green, December 9, 2025 — Henderson County Record.

**19.**Now Reze Zarazua DBA Titan is using Money Laundering for regulation of the Fahamme Nation of Nations Trust under Probate Court laws of None Heirs or relatives — as disclosed in the Defendant's petition, Exhibit A.

**20.**The purpose is to help the Court and law enforcement gather information when investigating possible violations of law or regulation, 31 U.S.C. § 5318(g); see Final Rule 89 Fed. Reg. at 70259–70260; see Exhibit A.

**21.**Rena Zarazua filed other Warranty Deeds in a database in the Henderson County Recorder that is accessible to Federal, State, and law enforcement.

**22.**Titan Equity LLC filed on July 12, 2025 — Harold Todd Jackson, a Warranty Deed as Grantee — Invalid Deed.

**23.**Titan Equity LLC filed on the 22nd day of January a Warranty Deed as Grantee-Grantor — Antoinette O. Ewell. None Relative or heir.

**24.**Titan Equity LLC filed on the 13th day of April 2026 — filed a Warranty Deed as Grantee-Grantor — Sharon Marie Jackson, None Heir, None Relative.

**25.**Titan Equity LLC uses an online certified Deluxe Payment of property taxes to make a claim for their voluntary payment and payment to all non-relatives or non-heirs to steal the Estate by Constructive Fraud.

**26.**Titan Equity's non-financial transaction, making hard money loans to non-property owners to make a claim for a debt to the Deed Holder and owner of the Estate, claiming a $200,000 debt is due, constitutes Constructive Fraud.

**27.**Titan Equity's claims constitute a violation of the Fair Debt Collection Practices Act — 15 U.S.C. § 1692g; UCC § 3-305, 3-501 — and Texas Business & Commerce Code 2.310.

**28.**Titan Equity LLC DBA Reze Zarazua filed a Petition in Henderson County District Court, granting this court disclosure; see Exhibit A.

**29.**Fair Debt Collection Practices Act — 15 U.S.C. § 1692 — Titan Equity asserts under a provision of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692g, have a suspicious transaction relevant to possible violation of law or regulations 31 U.S.C. § 5318(g) — see authority, see Final Rule 89 Fed. Reg. at 70259. Titan Equity's discretion to add to or distract from statutory requirement.

**30.**A full unredacted copy of the original wet-ink signed contract, promissory note, or other instrument by me or the Trustee personally, or Probate Court or Judicial order, creating a $200,000.00 Debt.

**31.**FDCPA — 15 U.S.C. § 1692 — Willful failure to validate debt, false statements and representation, and harassing conduct. Each day Rene Zarazua DBA Titan Equity remains in non-compliance, each unauthorized communication constitutes a separate violation.

**32.**Titan Equity DBA Rene Zarazua violates the Texas Deceptive Trade Practices Act (DTPA), Tex. Bus. & Com. Code § 17.50 — willful and knowing deceptive acts designed to deprive Plaintiff of property rights. DTPA allows for treble (3x) damages for intentional misconduct.

**33.**Titan Equity DBA Rene Zarazua — acting as attorney, Debt Collector, Grantee of Warranty Deeds, and scheme by Constructive Fraud — Slander of Title, Texas Property Code § 12.002, intentionally published Harold Todd Jackson's Affidavit of Facts concerning the Identity of the William Dawson Estate — constitutes Slander and Identity Theft.

**34.**Violates Texas Deceptive Trade Practices Act DTPA — Rene Zarazua act is a violation of Texas Rules of Professional Conduct — 3.01, Rule 4.01, Rule 8.04, Constructive Fraud.

**35.**Fahamme Nation of Nations Trust never encountered a situation in which a Debt Collector allows a situation to seek to pay physically over $1,500 without money being transferred from a financial institution that is required to maintain an anti-money laundering program. See — Exhibit A — Total Digit original petition Exhibit A. Rene Zarazua's act is a violation of Texas Rules of Professional Conduct 3.01, Rule 4.01, Rule 8.04, Constructive Fraud.

**36.**Fahamme Nation of Nations Trust is not officially responsible for any debt by contract or court order from Titan Equity LLC, or settlement statement for the transfer of residential properties — fraudulently filing with recordation office the Deed or other instrument that transfers ownership of residential property.

**37.**Fahamme Nation of Nations Trust — further includes each signing individual and a capacity in each individual is not authorized to act as a signing behalf of the Transferee-entity — sign by Probate or Judicial order — is heir, racketeering influence and Corrupt Organization, 18 U.S.C. § 1964(c).

**38.**Real Estate Report requires beneficial owners — Fahamme Nation of Nations Trust — the proof of Affidavit of Heirship, court order, purchase price, regardless of whether the Trust was designed to keep the name of Rene Zarazua's beneficial owners confidential for legitimate reasons.

**INJURY TO FAHAMME NATION OF NATIONS TRUST**

**39.**Fahamme Nation of Nations Trust — further — is a Family Trust and chose to invoke the Fair Debt Act, FDCPA — 15 U.S.C. § 1692.

**40.**If the Grantor signing on the behalf of the Transferee; Billy Taylor — Trustee or Grantor Sheik Tehuti — on Titan Equity Transfer of Warranty Deeds — is invalid violation of Texas Trade Practice Act (DTPA), Texas Bus. & Com. Code 17.50 — and knowing deceptive design to deprive Fahamme Nation of Nations Trust and residential property right, 3x damages for attorney debt collector misconduct.

**41.**Sheik Tehuti Grantor, Billy Taylor Trustee — information as property owner and legal heirs — uncontested by and legal heirs — by Affidavit relative or court order.

**42.**Rene Zarazua DBA Titan — filed a complaint, Debt Collect Claim in Henderson County District Court, Case No. CV26-0298-173 — as a State licensed attorney and purported fiduciary — who has deprived Plaintiffs' Fourteenth Amendment due process rights by executing fraudulent property claims based on their status as false descendants of Freemen.

**43.**Fahamme Nation of Nations Trust — petitions to this Court, 28 U.S.C. §§ 2201, 2202, 28 U.S.C. § 1361 — and Vacate Titan Equity's unlawful action in the lower court case — under 5 U.S.C. § 706 — and all the finding of the facts of the violations stated above is disclosure and evidence of Constructive Fraud — see Exhibit A.

**44.**Fahamme Nation of Nations Trust has significant Constructive Fraud — was unlawfully claimed — to steal property, void of Probate Procedure, assign himself as Judicial officer and Fiduciary of the Fahamme Nation of Nations Family Trust, acting as Probate Judge, separate property and assign Titan Equity as Grantee and Warranty Deed Holder — see Exhibit A.

**45.**The following rules violated and committed by Rene Zarazua's acts are evidence of laws violated: FDCPA, 15 U.S.C., Texas Deceptive Trade Practices Act, Slander of Title, Texas Code § 12.002, Texas Business & Commerce Code § 2.310.

**46.**The decision of this Court shall rule unlawful acts; ongoing regulatory obligation is to judgment of the laws, statutes, doctrine, federal acts that are in violation.

**47.**Wherefore, rule of laws and the burden of proof in petition is significant — Rule of Law stated above and disclosed in Exhibit A — Show and disclose procedure and Constructive Fraud. Therefore he cannot shame the Court and Judges.

**48.**Fahamme Nation of Nations Trust has plain fact of State and Federal laws violated that has caused slander, identity theft — for its injuries, monetary damages are available in this case.

**49.**This case is currently justiciable because the rule of law is published in Federal Register upon this filing in Tyler East District Court, will become effective the date of filing — 2026. Therefore declaratory and injunctive relief are remedies appropriate to resolve this controversy.

## V. CAUSES OF ACTION

### COUNT I — CONSTRUCTIVE FRAUD

Constructive fraud, as alleged in this Complaint, occurs when Defendants, without proper authority, legal standing, or fiduciary power, execute instruments, file documents, and assert property rights through deception, unauthorized representation, and breach of fiduciary duty.

The voluntary act by Rene Zarazua to pay $7,500.00 in property taxes online, without any court order, probate proceeding, Affidavit of Heirship, or authorization from any legal heir of W.M. Dawson, and thereafter to file Warranty Deeds in Henderson County designating himself and non-heirs as Grantees, constitutes constructive fraud. There are no authorizations by the Probate Court, no Affidavit of Heirship, no judicial order signed by a Judge, and no Will or Power of Attorney presented to appoint Rene Zarazua as Fiduciary or Power of Attorney.

Harold Todd Jackson, Allanetta Ewell, Alvin DeWayne Green, and Sharon Marie Jackson are not legal heirs of William M. Dawson. Rene Zarazua, DBA Titan Equity, volunteered to act as

Probate Court, appointed Warranty Deed as Grantee, and created and filed instruments in Henderson County Records — void of grantor signature, probate court order, or judicial authorization. These deeds are invalid and void.

## COUNT II — VIOLATION OF THE CLEARFIELD DOCTRINE

Clearfield Trust Co. v. United States, 318 U.S. 363 (1943) — the Supreme Court ruled that because issuing commercial paper such as Warranty Deeds is a constitutional function of the federal government, federal law must govern. Rene Zarazua, DBA Titan Equity, violated the Clearfield Doctrine by filing invalid Warranty Deeds on Henderson County Records without: (1) signature of any grantor who is a child of William M. Dawson; (2) probate court order or judicial authorization; (3) Affidavit of Heirship from any legitimate heir.

Filing in different counties without approval by court judges, grantors, trustees, or children of William M. Dawson constitutes constructive fraud and violates the Clearfield Doctrine and all applicable law.

## COUNT III — 42 U.S.C. § 1983 CIVIL RIGHTS VIOLATION

Rene Zarazua, acting under color of state law as a licensed attorney, has violated Plaintiffs' civil rights and Constitutional rights. A private person such as Rene Zarazua and Titan Equity has no claim and is violating civil rights under 42 U.S.C. § 1983 and the Civil Rights Acts — derived from Section 1 of the Ku Klux Klan Act of 1871, 17 Stat. 13, signed April 20, 1971 — which provides every person, under color of law of any State, statute, ordinance, regulation, or usage of any State or Territory, subjects any citizen to deprivation of rights shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

Rene Zarazua DBA Titan filed a Debt Collect Claim in Henderson County District Court, Case No. CV26-0298-173, as a State licensed attorney and purported fiduciary, who has deprived

Plaintiffs' Fourteenth Amendment due process rights by executing fraudulent property claims based on false descendant status of Freemen.

**COUNT IV — FAIR DEBT COLLECTION PRACTICES ACT VIOLATIONS (15 U.S.C. § 1692 et seq.)**

Pursuant to 15 U.S.C. § 1692 et seq. (Fair Debt Collection Practices Act, Dodd-Frank Act, Public Law 111-203, Stat. 2092, 2011), this Complaint cites 15 U.S.C. §§ 1692d (harassment/abuse), 1692e (false or misleading representations), 1692f (unfair or unconscionable collection means), and 1692g (debt validation). Defendant Rene Zarazua, State Bar No. 24079285, violated these provisions through repeated attempts to collect and assert property claims without legal basis or authorization.

Defendant is not in possession of: (1) any document verifying a contract between the Fahamme Nation of Nations Trust and Rene Zarazua DBA Titan Equity; (2) any document verifying that Plaintiffs owe Rene Zarazua money; (3) any document verifying that Rene Zarazua is authorized to file suit against Plaintiffs or is even aware of a legitimate claim; and (4) any wet-ink signed contract, promissory note, or other instrument by the Trustee personally, or Probate Court or Judicial order, creating the alleged $200,000.00 debt.

FDCPA — Willful failure to validate debt, false statements and representation, and harassing conduct. Each day Rene Zarazua DBA Titan Equity remains in non-compliance, each unauthorized communication constitutes a separate violation. Fahamme Nation of Nations Trust is a Family Trust and invokes the Fair Debt Collection Practices Act, FDCPA — 15 U.S.C. § 1692.

**COUNT V — SLANDER OF TITLE (TEX. PROP. CODE § 12.002)**

Titan Equity DBA Rene Zarazua — acting as attorney, Debt Collector, and Grantee of Warranty Deeds — through Constructive Fraud intentionally published the Harold Todd Jackson Affidavit of Facts concerning the identity of the William Dawson Estate on public record. This constitutes Slander of Title under Texas Property Code § 12.002 and Identity Theft. Plaintiffs seek monetary damages for slander, defamation of character, and identity theft.

**COUNT VI — RICO — 18 U.S.C. § 1964**

**50.**Titan Equity DBA Rene Zarazua filed invalid Warranty Deeds on Henderson County Records in several names — known and unknown — filed online volunteer tax payments for $7,500, paid several client payments for land or property of money — undisclosed — RICO, racketeering influence, and Corrupt Organization Act, 18 U.S.C. § 1964. Evidence in Rene Zarazua's Petition to the District Court suggests his firm is engaged in a pattern and practice of racketeering activity: purchasing worthless fractional interests, falsifying heirship records, and fabricating debt to coerce landowners into selling their property for pennies on the dollar. RICO allows for treble damages.

**51.**Rena Zarazua constructs Fraud, acts as a Debt Collector Attorney, Probate Judge, Fiduciary of Dawson Estate, petitions for a $200,000.00 Equity Debt — with no authority, no court order, no probate proceeding, and no Affidavit of Heirship from any legitimate heir.

**VI. FALSITY OF STATE OF FACTS — DEFAMATION / SLANDER**

Defendants have published false statements of fact on public records and online, constituting defamation of character and slander, including the following:

**1.**William M. Dawson and wife Lela had only five children.

**2.**Ressie is not Lela's daughter.

**3.**Ondee Dawson and Ruthie Mae Dawson had only one child by Ondee — Lorene Dawson.

**4.**Ondee Dawson nor Ruthie Mae Dawson are the parent of Jack Dawson.

**5.**Ondee remarried.

**6.**Fleater adopted one son, Billy Dawson II, at birth in 1947 and he buried her at Union Cemetery, Crossroads, Texas — see funeral program; she died in Fort Worth, Texas.

**7.**Sarah Dawson did not die in Henderson County — she adopted Huber Jackson — Sarah Dawson died in Fort Worth, Texas, February 20, 1993.

**8.**Gary Don Hunter did not die March 17, 2020 in Rutherford County, Tennessee. Gary Don Hunter died in Henderson County, Texas, 2024.

**9.**Willie Mathes did not die in Henderson County. Willie Mathes died in Dallas County.

**10.**Lela Mae died in Pennsylvania.

**11.**Lea Glen Dawson did not die in Henderson County; she died in Fort Worth, Texas at her home with son Sheik Tehuti and family.

## VII. PROPERTY AT ISSUE

The property at issue in this lawsuit is located at 15702 County Road 1315, Malakoff (Crossroads), Texas 75148, Henderson County. Sheik Tehuti has been a resident of this property since 2008. The Warranty Deed is filed in Henderson County Recorder's Office.

Rene Zarazua made an online payment for a tax payment of $7,500, certified by the Henderson County Tax Office on a pending tax dispute, to claim interest in the property of Fahamme Nation of Nations. This voluntary act without any court order, probate proceeding, or legal authority constitutes Constructive Fraud.

Preventing collection by stealing a person's home is prohibited. Texas Law protects personal property exemptions under the Statute and Debt Collection Act in Chapter 392 of the Texas

Finance Code. The Texas Constitution, Article 16, Section 50 prohibits forced sale of a homestead for most debts.

Fahamme Nation of Nations Trust, church, and foundation under the Texas Constitution are exempt from being taken away by Titan Equity, LLC, or Rene Zarazua through acts of Probate Judge or Attorney General claims against the Dawson Estate using constructive fraud to establish false ownership and conspiracy within family genealogy by using non-descendants of W.M. Dawson arising out of invalid and fraudulent instruments.

The deeds filed in different counties without approval by court judges, grantors, trustees, or children of William M. Dawson — without a Probate Court — are considered invalid and/or void. All deeds attached were not signed by grantor Sheik Tehuti or Trustee Billy R. Taylor. A defective description is vague and/or inaccurate to identify the property.

## CAUSE OF ACTION FOR EQUITABLE REIMBURSEMENT

Titan Equity and Rene Zarazua, by reference of allegations shown in the petition filed in court, have failed to show proof of claim. Rene Zarazua acted as a Probate Judge, using no children of William M. Dawson, no legal heirs, no Affidavit of Heirship, no birth certificates, and no Block Tour to transfer legal deeds to William M. Dawson property — allowing perfect strangers access to a percent of property they do not own and which was not ordered by a court or judge. This violates the Clearfield Doctrine, the First Amendment of the U.S. Constitution, and federal common law.

Plaintiff Sheik Tehuti and Fahamme Nation of Nations Trust are entitled to equitable interest and payment for the illegal deed, illegal claim — bar debt collection, constructive fraud, defamation of character, slander, identity theft, consumer fraud — and Plaintiff pleads constructive fraud for unjust enrichment.

## REQUEST FOR DISCLOSURE

Pursuant to Rule 194.2 of the Texas Rules of Civil Procedure, Plaintiff requests Defendant to disclose information under Texas Rules 192, 193(c), relating to William M. Dawson, constructive fraud, heirship claims, and probate distribution using $7,500 payment to make a claim against the deceased.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment in their favor and grant the following relief:

**1.**A declaratory judgment pursuant to 28 U.S.C. § 2201, holding 31 U.S.C. § 5318(g) and related statutes violated — declaring that Rene Zarazua and Titan Equity have no legal interest in the W.M. Dawson Estate property and that all Warranty Deeds filed in Henderson County by Defendants are void, invalid, and without legal effect;

**2.**An Order pursuant to 5 U.S.C. § 706(2) — holding Defendants' acts unlawful;

**3.**An Order imposing an injunction pursuant to 28 U.S.C. § 2202 prohibiting Defendants from enforcing the 42 U.S.C. § 1983 section 1, 17 Stat. 13 — Fair Debt Collection Practices Act, Texas Penal Code § 32.32, Texas Property Code §§ 12.002 and 51.002, Texas Constitution Article 16, Section 50 — protecting homestead property held in Trust from forced sale and liens;

**4.**An award of reasonable attorney fees and costs to Plaintiff pursuant to 28 U.S.C. § 2412 or the above and other applicable authority;

**5.**Any other relief the Court deems just and proper — see Clearfield Doctrine;

**6.**Declare that Rene Zarazua and Titan Equity's ownership claim is invalid and constitutes constructive fraud — paying $7,500 credit claim and false heirship claims;

**7.**Order dismissal of equitable liens, Warranty Deeds, and the probate distribution chart determined by Rene Zarazua, State Bar No. 24079285, as unjust and fraudulent, and prohibit further distribution to non-heirs and non-relatives based on false family genealogy;

**8.**Award Plaintiffs treble damages under the Texas Deceptive Trade Practices Act and RICO, 18 U.S.C. § 1964, for intentional and knowing deceptive acts;

**9.**Impose restitution and payment to Sheik Tehuti and Fahamme Nation of Nations Trust to secure full property rights and title; and

**10.**Award $10,000,000.00 in actual, treble, and punitive damages plus all costs of court.

## XII. CONCLUSION AND FINDINGS OF FACT

The Defendant is trying to use the None Heirs, and Affidavit of Fact concerning the Identity of the Heirs of William Dawson and Lela Glen Dawson; creating Non Relative, Non Heirs, None Probate Court, none Affidavit of Heirship, non Judicial orders, None Due Process of Law — believing that Fahamme Nation of Nations Trust, Sheik Tehuti, Billy or Taylor was the Borrower or Debtor.

Based on foregoing, Plaintiff is using Defendant Petition filed in District Court for its own purposes and it is proven that Plaintiff has incurred financial loss and actual damages. The violations stated above have sufficient information to form a conclusion at this point — in any case the conclusion of the Paper Terrorist and Constructive Fraud.

Plaintiffs respectfully submit that the facts and law set forth herein establish a clear and compelling basis for this Court to grant the relief requested.

Respectfully submitted,

Sheik Tehuti

Sheik Tehuti (Billy Ray Dawson), Grantor

DBA Fahamme Nation of Nations Trust
15702 County Road 1315
Malakoff (Crossroads), Texas 75148
Telephone: (870) 284 861 6547
E-mail: Sheik.Tehuti@yahoo.com
*Plaintiff, Pro Se*

Pending
______________________________
Billy R. Taylor, Trustee
Fahamme Nation of Nations Trust
15702 County Road 1315
Malakoff (Crossroads), Texas 75148
Telephone: (___) ___-______
E-mail: ______________________________
*Plaintiff, Pro Se*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30 day of June, 2026, a true and correct copy of the foregoing Plaintiffs' Original Federal Complaint for Damages and Equitable Relief was served upon Defendants by the method indicated below, in accordance with the Federal Rules of Civil Procedure:

☒ Certified Mail, Return Receipt Requested

☐ Personal Service / Process Server

☐ Other: ______________________________

Sheik Tehuti
______________________________
Sheik Tehuti / Billy R. Taylor

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **FAHAMME NATION OF NATIONS TRUST,** DBA SHEIK TEHUTI; BILLY R. TAYLOR, Trustee; and All Heirs of the W.M. DAWSON ESTATE, | § | Civil Action No. ____________ |
| Plaintiffs, | § | JURY TRIAL DEMANDED |
| v. | § | |
| RENE ZARAZUA; TITAN EQUITY, LLC, and HAROLD TODD JACKSON (Deceased), | § | |
| Defendants. | § | |

**COMMERCIAL AFFIDAVIT OF BILLY R. TAYLOR**

*(In Support of Plaintiffs' Original Federal Complaint)*

I, Billy R. Taylor, of lawful age and competent to testify, state as follows based on my own personal knowledge:

**1.**I have not received any document which verifies that I have a contract with Rene Zarazua, DBA Titan Equity.

**2.**I am not in receipt of any document which verifies that I owe Rene Zarazua money.

**3.**I am not in receipt of any document which verifies that Rene Zarazua authorized any suit against me or is even aware of a legitimate claim against me.

**4.**As the result of Rene Zarazua's pattern of acts against my home, identity, Constructive Fraud, and trespass, I have been damaged financially, socially, and emotionally.

I declare under penalty of perjury under the laws of the United States and the State of Texas that the foregoing is true and correct.

______________________________________
Billy R. Taylor, Trustee
Fahamme Nation of Nations Trust

**STATE OF TEXAS** **INDIVIDUAL ACKNOWLEDGMENT**
**COUNTY OF HENDERSON** Texas Form

Before me, the undersigned, a Notary Public in and for said County and State on this ______ day of ________________, 20___, personally appeared ______________________________ to me known to be the identical person who executed the within and foregoing instrument and acknowledged to me that he executed the same as his free and voluntary act.

Given under my hand and seal the day and year last above written.

My commission expires ______________________________

______________________________________
Notary Public, State of Texas

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **FAHAMME NATION OF NATIONS TRUST,** DBA SHEIK TEHUTI; BILLY R. TAYLOR, Trustee; and All Heirs of the W.M. DAWSON ESTATE, | § | Civil Action No. ____________ |
| Plaintiffs, | § | JURY TRIAL DEMANDED |
| v. | § | |
| RENE ZARAZUA; TITAN EQUITY, LLC, and HAROLD TODD JACKSON (Deceased), | § | |
| Defendants. | § | |

**COMMERCIAL AFFIDAVIT OF SHEIK TEHUTI**

**AFFIDAVIT OF FACT**

Now comes the Affiant, Sheik Tehuti — a citizen of the United States of the State of Texas, over the age of 65 years, and the Grandson of W.M. Dawson and Leala Glen Dawson, and the Birth Son of Flossie Dawson, adopted by her sister Fleater Dawson in 1947 — a child birth and raised until adulthood — and her life. I will testify as stated herein. I make this Affidavit based on my personal knowledge and legal codes, Constitutional Amendments, and violations.

**1.**Supreme Law of the land pursuant to Article IV, Clause 2 of the United States Constitution and Statutory Status, regard certain facts at issue in this case of which I previously had no direct knowledge and personal knowledge; I am making this affidavit based on my experience, and as the Grandson of Wm. Dawson and Legal Heir of the Dawson Estate — owned and managed by the Family Trust, Fahamme Nation of Nations Trust.

## CONSTRUCTIVE FRAUD

**2.**Plaintiff apparently asserts that Defendant owed him $1,700 that increased to $10,000 Dollars from a non-bank or financial institution, hard money loan to several unknown persons to create a Money Laundry operation to steal land and property — peonage; Paper Terrorist. The non-financial money laundering uses the documents — invalid Warranty Deeds, None Wills, or Trusts — Defendant in his public occupation claims to be a debt collector for his appointed heir and volunteers, especially after making undisclosed hard money loans. Rene Zarazua uses a hidden money — voluntarily paid a $7,500.00 Tax Payment online and his hard undisclosed hard money loan to create a debt to Fahamme Nation of Nations Trust, as an expansion of the Defendant's sued Fahamme Nation of Nations — Billy R. Taylor for more than $200,000, money and Property.

Reze Zarazua DBA Titan Equity apparently continues his Paper Terrorist acts to create the Debt assumption in his Individual Capacity of a Probate Judge — Created a chart to separate the Estate for division, value, assignments, disbursement, taxes, and 4 Warranty Deeds for himself DBA Titan Equity.

Based upon fact of this case — acting as a Probate Judge, Rene Zarazua — Created a Self-made Affidavit of a Third Party Affidavit of Fact concerning the Identity of Heirs of William Dawson — Leala Glen Dawson is Identity Theft, Harassment, Slander, Violation of Civil Right, False & Fraud.

Leala Dawson is not Ressie Dawson's mother, nor is Ondee Dawson — have 6 children by Ruthie Mae Dawson nor is Jack Dawson Ondee or Ruthie Mae Dawson as stated on the Affidavit.

## ADVANCES OF CONSTRUCTIVE FRAUD AND PAPER TERRORIST

**3.**Plaintiff apparently asserts that the Defendant sign — sign some type of promissory note such as a note, credit application for Plaintiff advance $200,000 Debt on the Debt. However the book keeping entries require application from GAAP, The Court or other sources; thereby causing Fahamme Nation of Nations Trust to owe them $200,000.

According to the book keeping or otherwise decrees to me the application of GAAP or The Probate Court order, signed by Sheik Tehuti or Billy R. Taylor — received the customer sign promise to repay as an asset, thus monetizing the customers' property, and Fahamme Nation of Nations Signature — Attorney Debt Collector assigning himself as trustee and Grantee creating his own book a liability in the form of demand for payment or other demand liability of the same.

**4.**Authority of Violation, Constructive Fraud, RICO Racketeering, Valuable consideration — and according to the following violation and acts of a Paper Terrorist — the following rules are broken and violated — Supreme Law of The Land pursuant to Article VI, Clause 2 of the United States Constitution.

**5.**This was affirmed by the United States Supreme Court in McGirt v. Oklahoma, U.S. 1-2020 and Oklahoma v. Castro-Huerta, 592 U.S. 1-2022, which held unanimously the rights granted in 1866 Treaties and supposed to be State Law. This is not a dispute — this is a violation of 25 U.S.C. § 3112 the Indian Civil Rights Act 1866 — Prevention and Punishment of Crime of Genocide.

## ADDITIONAL STATUTORY DAMAGES

I hereby add the following claims of violation:

42 U.S.C. § 1983 Civil Rights Violation — acting under color of State Law to deprive me of constitutionally protected property rights.

Federal Direct Title Act, 28 U.S.C. § 2409-a — Declaratory Judgment that my Treaty title is superior to any and all claims by your client, Titan Equity — or Rene Zarazua to act.

**6.**Rena Zarazua Debt collection abuse — Violated 42 U.S.C. § 1983 Civil Rights Act 1871, 17 Stat. 13 — Every person under color of law of any State, Status, ordinance, or usage of any State Territory or District of Columbia secured by the Constitution shall be liable to party injured in an action of law suit — Rena Zarazua treating hard money loan, Warranty Deed, online Tax Payment as a Promissory Note, with the intent of treating them like Deposit for a debt — see 12 U.S.C. § 1813(l)(1) definition of deposit — Insurance Act. Defendant acts in the Capacity of a Lending or Banking institution. Defendant Petition is a Sham, Paper Terrorist — Violates 18 U.S.C. § 1964 RICO and incorporates the Court, Evidence of Racketeering Influence and Corrupt Organization Act. Evidence in Petition in Henderson County District Court suggests his firm is engaged in a pattern and practice of racketeering activity — purchasing worthless fractional interests, falsifying heirship records, fabricating debt to coerce landowners into selling their property for pennies on the dollar — RICO allows treble damages.

**7.**I do have sufficient knowledge of the facts in this case to form a conclusion on the following violation — none of the following material facts disclosed in credit application or contract. Defendant violates Texas Property Code §§ 12.002, 3.305, 3.501 — Governing commercial instruments, defense and dishonor of negotiable instruments, and the Paper Terrorist trail — Violates 31 U.S.C. § 5318(g), Suspicious Transaction reporting requirements, non financial transactions, making hard money loan to non-property owner to create a debt to non-deed holders of the Estate or Trust — charges

debt of $200,000 constituting suspicious transactions. Final Rule 89 Fed. Reg. at 70259–70260 — see Exhibit A.

**8.**The Defendant is trying to use the None Heirs, and Affidavit of Fact concerning the Identity of the Heirs of William Dawson and Leala Glen Dawson; creating Non Relative, Non Heirs, None Probate Court, none Affidavit of Heirship, non Judicial orders, None Due Process of Law — believing that Fahamme Nation of Nations Trust, Sheik Tehuti, Billy or Taylor was the Borrower or Debtor.

**9.**Of the debt of $200,000.00 — language in repayment for your Volunteers — Sheik Tehuti to pay hard money to non-heirs, to create a chart; acting as a Probate Judge, to create Warranty Deed as a Grantee to collect land, money, and assets is confusing at best and in fact may be misleading in the context described above.

## CONCLUSION

Based on foregoing, Plaintiff is using Defendant Petition filed in District Court for its own purposes and it is proven that Plaintiff has incurred financial loss and actual damages. The violations stated above have sufficient information to form a conclusion at this point — in any case the conclusion of the Paper Terrorist and Constructive Fraud.

## AFFIRMATION

I hereby affirm that I prepared and have read this affidavit, and that the foregoing statements in this affidavit are True. I thereby further affirm that the basis of these beliefs is with respect to which I hold myself as a Heir and Grandson of William Dawson and Leala Dawson — and a Heirship affidavit is filed on Court record of the legal principles and historical facts involved — and with respect to which I hold myself out as my Birth

Certificate is documents provided to me by the State of Texas whose veracity I reasonably assume.

I declare under penalty of perjury under the laws of the United States and the State of Texas that the foregoing is true and correct.

*Further Sayeth Naught.*

Sheik Tehuti
Sheik Tehuti
Grandson, Live Heir, All Legal Heirs / Successors

**STATE OF TEXAS** **INDIVIDUAL ACKNOWLEDGMENT**
**COUNTY OF ~~HENDERSON~~** VO Smith Texas Form

Before me, the undersigned, a Notary Public in and for said County and State on this 30th day of June, 2026, personally appeared Sheik Tehuti to me known to be the identical person who executed the within and foregoing instrument and acknowledged to me that he executed the same as his free and voluntary act.

Given under my hand and seal the day and year last above written.

My commission expires 03-31-2030

Vanessa Ordorica
Notary Public, State of Texas

VANESSA ORDORICA
Notary Public, State of Texas
Comm. Expires 03-31-2030
Notary ID 135552820