IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

TYLER DIVISION

FILED
JUL 10 2026
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

| | | |
|---|---|---|
| FAHAMME NATION OF NATIONS TRUST, DBA SHEIK TEHUTI; BILLY R. TAYLOR, Trustee; and All Heirs of the W.M. DAWSON ESTATE, Plaintiffs, | § § § § § | Case No. ______ |
| v. | § § | JURY TRIAL DEMANDED |
| RENE GABRIEL ZARAZUA; TITAN EQUITY, LLC; and HAROLD TODD JACKSON (Deceased), Defendants. | § § § § § § § | |

## DECLARATION OF VENUE

Plaintiffs Fahamme Nation of Nations Trust, DBA Sheik Tehuti, and Billy R. Taylor, Trustee, declare and state as follows:

1. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (Federal Question) and the Clearfield Doctrine, Clearfield Trust Co. v. United States, 318 U.S. 363 (1943), as this action involves the unlawful conversion of assets and rights arising from federal and official instruments, and violations of civil rights protected under the Constitution and laws of the United States.

**2.** This Court has authority to issue declaratory and injunctive relief pursuant to 28 U.S.C. §§ 2201 and 2202, 28 U.S.C. § 1361, and to vacate unlawful agency action under 5 U.S.C. § 706.

**3.** Venue is proper in the Eastern District of Texas, Tyler Division, pursuant to 28 U.S.C. § 1391, because the real property that is the subject of this action — located at 15702 County Road 1315, Malakoff (Crossroads), Texas 75148, Henderson County — and a substantial part of the events and omissions giving rise to the claims herein, occurred within this district.

**4.** Plaintiff Sheik Tehuti has been a homestead resident of the subject property since 2008, and the related Warranty Deed is filed in the Henderson County Recorder's Office.

**5.** A related proceeding, Henderson County Case No. CV26-0298-173, is pending in state court and concerns the same property and the same underlying transactions and occurrences at issue in this federal action.

Plaintiffs declare under penalty of perjury that the foregoing is true and correct.

Executed this 5 day of July, 2026.

Sheik Tehuti

**Sheik Tehuti**

Grantor, Heir, and Beneficiary

______________________________

Fahamme Nation of Nations Trust

P.O. Box 154, Malakoff, Texas 75148

Address: Bushrabalkis@gmail.com -Error

Email: Sheik.Tekuti@yahoo.com - Correct

Phone: 214 861-6547

______________________________

**Billy R. Taylor**

Trustee

Fahamme Nation of Nations Trust

P.O. Box 154, Malakoff, Texas 75148

Address: ______________________

Email: Billytaylor@linkedx1.com

Phone: 330 217 7074