Fahamme Nation of Nations
P.O. Box 154
Malakoff, Texas 75148

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL®
9589 0710 5270 2999 1376 89

Retail
UNITED STATES POSTAL SERVICE®
75702
RDC 99
U.S. POSTAGE PAID
FCM LG ENV
DALLAS, TX 75260
JUL 08, 2026
$11.60
S2324M504811-44

William M. Steger
Federal Building
211 W. Ferguson St. Room 106
Tyler, TX 75702