**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

FILED
SEP 10 2026
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

| | | |
|---|---|---|
| FAHAMME NATION OF NATIONS TRUST,<br>SHEIK TEHUTI, Grantor and Trustee;<br>and<br>All Heirs of the W.M. DAWSON ESTATE, | §<br>§<br>§<br>§<br>§ | |
| | § | |
| Plaintiffs, | § | JURY |
| | § | |
| v. | § | |
| | § | |
| RENE GABRIEL ZARAZUA;<br>TITAN EQUITY, LLC; and<br>HAROLD TODD JACKSON (Deceased), | §<br>§<br>§ | Civil Action No. 6:26-cv-00319-JDK |
| | § | |
| Defendants. | § | |

**PLAINTIFFS' REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST ALL DEFENDANTS**
**(Fed. R. Civ. P. 55(a))**

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS, TYLER DIVISION:**

Plaintiffs Fahamme Nation of Nations Trust and Sheik Tehuti, Grantor and Trustee (collectively, "Plaintiffs"), appearing pro se, request that the Clerk of the Court enter a default against Defendants Rene Gabriel Zarazua, Titan Equity, LLC, and Harold Todd Jackson (Deceased) (collectively, "Defendants") pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and in support show the Clerk as follows:

1.Plaintiffs commenced this action by filing Plaintiffs' Original Federal Complaint for Damages and Equitable Relief (the "Complaint") (Dkt. 1) in this Court. The Complaint pleads claims for constructive fraud, violation of the Clearfield Doctrine, deprivation of civil rights under 42 U.S.C. § 1983, violations of the Fair Debt Collection Practices Act, 15

U.S.C. § 1692 et seq., slander of title and fraudulent claims against real property under Texas Property Code § 12.002, identity theft and defamation, violations of the Texas Deceptive Trade Practices Act, and civil RICO under 18 U.S.C. § 1964, concerning the real property located at 15702 County Road 1315, Malakoff (Crossroads), Henderson County, Texas 75148 (the "Property").

2.Summonses were issued by the Clerk for each Defendant. On July 11, 2026, each Defendant was served with the Summons and Complaint by United States Certified Mail, Return Receipt Requested, as reflected in the executed returns of service and the Proof of Service on file with the Clerk of this Court.

3.Under Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, each Defendant was required to serve an answer or a motion under Rule 12 within twenty-one (21) days after service of the Summons and Complaint. Twenty-one days from July 11, 2026 fell on Saturday, August 1, 2026; under Rule 6(a)(1)(C), the deadline therefore ran to Monday, August 3, 2026.

4.No Defendant has filed or served an answer, a motion under Rule 12, a notice of appearance, a request for an extension of time, or any other paper in this action. No Defendant has otherwise defended this action. As of the date of this Request, fifty-eight (58) days have elapsed since service and thirty-five (35) days have elapsed since the answer deadline expired.

5.The Declaration of Sheik Tehuti, executed under penalty of perjury pursuant to 28 U.S.C. § 1746, is filed herewith and establishes each of the foregoing facts, including that Defendant Rene Gabriel Zarazua is not a minor, is not an incompetent person, and is not in the military service of the United States within the meaning of the Servicemembers

Civil Relief Act, 50 U.S.C. § 3931; that Defendant Titan Equity, LLC is a limited liability company and therefore is neither a minor, an incompetent person, nor a servicemember; and that Defendant Harold Todd Jackson is deceased and is sued through his estate as named in the Summons issued by the Clerk.

6.Because Defendants have failed to plead or otherwise defend, and that failure is shown by declaration, the Clerk must enter their default. Fed. R. Civ. P. 55(a).

**PRAYER**

WHEREFORE, Plaintiffs respectfully request that the Clerk of the Court enter a default against Defendants Rene Gabriel Zarazua, Titan Equity, LLC, and Harold Todd Jackson (Deceased) pursuant to Federal Rule of Civil Procedure 55(a), and note the same upon the docket of this cause.

Respectfully submitted,

Sheik Tehuti UCC 1-308
______________________________
SHEIK TEHUTI, Grantor and Trustee
Fahamme Nation of Nations Trust
Plaintiff, Pro Se
Physical Address: 15702 County Road 1315, Malakoff (Crossroads), Texas 75148
Mailing Address: P.O. Box 154, Malakoff, Texas 75148
Telephone: (310) 429-4837
E-mail: bushrabalkis@gmail.com

Dated: September 7, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2026, a true and correct copy of the foregoing Plaintiffs' Request for Clerk's Entry of Default and the Declaration of Sheik Tehuti in support thereof was served on the following by United States Certified Mail, Return Receipt Requested, in accordance with Federal Rule of Civil Procedure 5(b)(2)(C):

Rene Gabriel Zarazua, Texas State Bar No. 24077285, at the address reflected in the executed return of service on file with the Clerk of this Court;

Titan Equity, LLC, c/o Matthew Pamfilis, Registered Agent, 1600 E. 8th Avenue, Suite A200, Tampa, Florida 33605; and

Harold Todd Jackson (Deceased), c/o the Estate of Harold Todd Jackson, at the address reflected in the executed return of service on file with the Clerk of this Court.

Sheik Tehuti

SHEIK TEHUTI, Grantor and Trustee
Plaintiff, Pro Se