**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| FAHAMME NATION OF NATIONS TRUST,<br>SHEIK TEHUTI, Grantor and Trustee;<br>and<br>All Heirs of the W.M. DAWSON ESTATE, | §<br>§<br>§<br>§<br>§<br>§ | |
| Plaintiffs, | § | JURY |
| v. | §<br>§<br>§ | |
| RENE GABRIEL ZARAZUA;<br>TITAN EQUITY, LLC; and<br>HAROLD TODD JACKSON (Deceased), | §<br>§<br>§<br>§ | Civil Action No. 6:26-cv-00319-JDK |
| Defendants. | § | |

**DECLARATION OF SHEIK TEHUTI IN SUPPORT OF PLAINTIFFS' REQUEST FOR CLERK'S ENTRY OF DEFAULT (28 U.S.C. § 1746; Fed. R. Civ. P. 55(a); 50 U.S.C. § 3931)**

I, Sheik Tehuti, declare as follows:

1. I am over the age of eighteen years, of sound mind, and fully competent to make this Declaration. I am the Grantor and the Trustee of the Fahamme Nation of Nations Trust and a Plaintiff in this action, appearing pro se. I have personal knowledge of the facts stated herein, and they are true and correct.

2. Plaintiffs' Original Federal Complaint for Damages and Equitable Relief (Dkt. 1) was filed with the Clerk of this Court, and the Clerk issued a Summons directed to each of the three Defendants: Rene Gabriel Zarazua; Titan Equity, LLC; and Harold Todd Jackson (Deceased), through the Estate of Harold Todd Jackson.

3. On July 11, 2026, a true and correct copy of the Summons and Complaint was served on each Defendant by United States Certified Mail, Return Receipt Requested. Defendant Rene

Gabriel Zarazua, a licensed Texas attorney (State Bar No. 24077285), was served at the address reflected in the executed return of service on file with the Clerk. Defendant Titan Equity, LLC, a Florida limited liability company, was served through its registered agent and principal, Matthew Pamfilis, at 1600 E. 8th Avenue, Suite A200, Tampa, Florida 33605. Defendant Harold Todd Jackson (Deceased) was served through the Estate of Harold Todd Jackson at the address reflected in the executed return of service on file with the Clerk. The signed return receipts and the Proof of Service are on file with the Clerk of this Court.

4.The time within which each Defendant was required to answer or otherwise respond to the Complaint under Rule 12(a)(1)(A)(i) expired on Monday, August 3, 2026, computed in accordance with Rule 6(a)(1).

5.I have reviewed the docket of this action and have received no papers from any Defendant. No Defendant has served upon me, or filed with the Court, any answer, motion, notice of appearance, request for extension, or other response to the Complaint. No Defendant has contacted me to request additional time. No Defendant has otherwise defended this action.

6.No Defendant has waived service under Rule 4(d), and no Defendant is entitled to the sixty-day response period provided by that Rule.

7.Defendant Rene Gabriel Zarazua is an adult and a licensed attorney actively practicing law in the State of Texas. He is not a minor. He is not an incompetent person. Based on my knowledge of his active law practice and his continued filings as counsel of record for Titan Equity, LLC in Cause No. CV26-0208-173 in the 173rd Judicial District Court of Henderson County, Texas, he is not in the military service of the United States and is not

otherwise entitled to the protections of the Servicemembers Civil Relief Act, 50 U.S.C. § 3901 et seq.

8.Defendant Titan Equity, LLC is a limited liability company organized under the laws of the State of Florida. As an artificial business entity, it is not a minor, an incompetent person, or a servicemember.

9.Defendant Harold Todd Jackson is deceased. He is named in the Complaint because, on July 12, 2025, Titan Equity, LLC caused a Warranty Deed to be recorded in the Official Public Records of Henderson County, Texas identifying Harold Todd Jackson as Grantor of an interest in the Property. He was served through his estate as named in the Summons issued by the Clerk. A deceased person is not a minor, an incompetent person, or a servicemember within the meaning of Rule 55(b) or 50 U.S.C. § 3931.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on September 7, 2026, at Malakoff (Crossroads), Henderson County, Texas.

Sheik Tehuti: UCC1 308
______________________________
SHEIK TEHUTI
Grantor and Trustee, Fahamme Nation of Nations Trust, Plaintiff Pro Se