**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| FAHAMME NATION OF NATIONS TRUST,<br>SHEIK TEHUTI, Grantor and Trustee;<br>and<br>All Heirs of the W.M. DAWSON ESTATE,<br><br>Plaintiffs,<br><br>v.<br><br>RENE GABRIEL ZARAZUA;<br>TITAN EQUITY, LLC; and<br>HAROLD TODD JACKSON (Deceased),<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | JURY<br><br>Civil Action No. 6:26-cv-00319-JDK |

**DECLARATION OF SHEIK TEHUTI IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT FINAL JUDGMENT (28 U.S.C. § 1746; Fed. R. Civ. P. 55(b)(2))**

I, Sheik Tehuti, declare as follows:

1.I am over the age of eighteen years, of sound mind, and fully competent to make this Declaration. I am the Grantor and the Trustee of the Fahamme Nation of Nations Trust and a Plaintiff in this action, appearing pro se. I am over sixty-five years of age. I have personal knowledge of the facts stated herein, and they are true and correct.

**Heirship and the Property**

2.I am the grandson of William M. Dawson and Lela Glen Dawson. I am the birth son of Flossie Dawson and was adopted in 1947 by her sister, Fleater Dawson, who raised me to adulthood. My birth certificate was issued by the State of Texas. My Affidavit of Heirship is of record. I am a legal heir of the W.M. Dawson Estate.

3. The real property located at 15702 County Road 1315, Malakoff (Crossroads), Henderson County, Texas 75148 (the "Property") is owned and managed by the Fahamme Nation of Nations Trust, a family trust, and is the headquarters of the Fahamme Nation of Nations church. The Warranty Deed into the Trust is of record in the Official Public Records of Henderson County. I have resided on the Property as my homestead continuously since 2008. I serve as Trustee of that Trust.

**Defendants' Conduct**

4. I have never signed any contract, promissory note, deed, credit application, or other instrument with or in favor of Rene Gabriel Zarazua or Titan Equity, LLC, individually or as Grantor or Trustee. I have never borrowed money from, or agreed to owe money to, either of them. No probate court, district court, or other tribunal has ever entered an order appointing Rene Gabriel Zarazua or Titan Equity, LLC as fiduciary, administrator, executor, trustee, or representative of the W.M. Dawson Estate, of the Fahamme Nation of Nations Trust, or of me. I am the sole Trustee of the Fahamme Nation of Nations Trust.

5. Titan Equity, LLC caused to be recorded in the Official Public Records of Henderson County, Texas the following Warranty Deeds, each purporting to convey an interest in the Property to Titan Equity, LLC: (a) a Warranty Deed from Harold Todd Jackson, recorded July 12, 2025; (b) a Warranty Deed from Alven Dyne Green, recorded December 9, 2025; (c) a Warranty Deed from Antoinette O. Ewell, recorded January 22, 2026; and (d) a Warranty Deed from Sharon Marie Jackson, recorded April 13, 2026 (collectively, the "Titan Deeds").

6.Harold Todd Jackson, Alven Dyne Green, Antoinette O. Ewell, and Sharon Marie Jackson are not children of William M. Dawson, are not descendants of William M. Dawson, and are not heirs of the W.M. Dawson Estate. None of them has ever held any interest in the Property to convey.

7.Defendants caused to be published on the public record an "Affidavit of Fact" concerning the identity of the heirs of William Dawson and Lela Glen Dawson. That affidavit contains false statements of fact regarding my family, including the false statements listed in Part VI of the Complaint, which I incorporate here. I know those statements to be false from my own personal knowledge of my family, from the funeral programs and death records in my possession, and from having been personally present at the death of my mother, Lea Glen Dawson, in her home in Fort Worth, Texas.

8.Rene Gabriel Zarazua made a voluntary online payment of $7,500.00 to the Henderson County Tax Office on the Property's tax account while that account was the subject of a pending dispute, without any request, authorization, or agreement from me, as Grantor and Trustee, and thereafter asserted that payment as a basis for a claim of interest in the Property and a claim of debt against me and the Trust.

9.Defendants have demanded from Plaintiffs a purported debt of $200,000.00. I have demanded that Defendants validate that debt and produce the original signed instrument creating it. Defendants have never produced any such instrument, because none exists.

10.On April 24, 2026, Rene Gabriel Zarazua, as counsel for Titan Equity, LLC, filed a petition against Plaintiffs in Cause No. CV26-0208-173 in the 173rd Judicial District Court of Henderson County, Texas seeking to collect the purported debt and to enforce the Titan Deeds against the Property. A copy of that petition is Exhibit A to the Complaint.

**Service and Default**

11.On July 11, 2026, each Defendant was served with the Summons and Complaint by Certified Mail, Return Receipt Requested, as set out in my Declaration in Support of Plaintiffs' Request for Clerk's Entry of Default, which I incorporate here. No Defendant has answered, moved, appeared, sought an extension, or otherwise defended this action. No Defendant is a minor, an incompetent person, or a servicemember.

**Damages**

12.As a direct result of Defendants' conduct, Plaintiffs have suffered and continue to suffer the following injuries: (a) a cloud on the title to the Property created by four fraudulent instruments of record, rendering the Property unmarketable and uninsurable and exposing it to forced sale; (b) the cost, time, and burden of defending Cause No. CV26-0208-173 and of prosecuting this action; (c) the cost of investigating Defendants, obtaining certified copies of recorded instruments, and preparing and serving papers in two courts; (d) injury to my reputation and standing in my family and community from the publication of false statements about my lineage and heirship; and (e) severe mental anguish and emotional distress, including fear of the loss of my home and place of worship, suffered by me.

13.The statutory components of Plaintiffs' damages are fixed by law: statutory damages of $10,000.00 for each of the five fraudulent documents (the four Titan Deeds and the Affidavit of Fact) under Texas Property Code § 12.002(b)(1), totaling $50,000.00; statutory damages of $1,000.00 under 15 U.S.C. § 1692k(a)(2)(A); and trebling of actual damages under 18 U.S.C. § 1964(c) and Texas Business and Commerce Code § 17.50(b)(1).

14. The Complaint demands, and Plaintiffs request judgment for, the total sum of $10,000,000.00 in actual, statutory, treble, and punitive damages, which sum reflects the value of the Property and the church headquarters placed at risk, the trebling of economic and mental-anguish damages under RICO and the DTPA, the statutory damages set out above, and exemplary damages under Texas Property Code § 12.002(b)(4) and Texas Civil Practice and Remedies Code Chapter 41 for conduct that was knowing, intentional, and fraudulent. Should the Court require further proof of any component of that sum, I am prepared to testify and to present documentary evidence at an evidentiary hearing under Rule 55(b)(2)(B).

15. Plaintiffs have incurred costs of court in this action, including the filing fee and the cost of service of process by certified mail, and will submit a Bill of Costs under Local Rule CV-54 upon entry of judgment.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on September 7, 2026, at Malakoff (Crossroads), Henderson County, Texas.

________________________________
SHEIK TEHUTI
Grantor and Trustee, Fahamme Nation of Nations Trust, Plaintiff Pro Se