EXHIBIT A

**Cause No. CV26-0208-173**

**Plaintiff**

FILED FOR RECORD
At 1:33 O'clock P M.

MAY 18 2026

Betty Herriage
District Clerk
Henderson County, Texas
By AK, Deputy

**SHEIK TEHUTI**

**X BILLY RAY TAYLOR - TRUSTEE**

**Code of Criminal Procedure**

**Article 39.14 Michael Morton Act**

**and Article 26.044**

**Texas Rules of Evidence**

**Texas Rule 402 – Rule 47**

---

**Family Names** | **IN THE DISTRICT COURT**

**DONAHIA T. ATWOOD**

**KENNETH ATWOOD, JR.,**

**SAMUEL GRIGSBY,**

**MILDRED GRIGSBY,**

**KELLIS GRIGSBY, JR.,**

**JOHN GRIGSBY,**

**JAMES E. GRIGSBY,**

**HERBERT GRIGSBY,**

**FRANK GRIGSBY,**

**DEBORAH GRIGSBY,**

**LAMONICA MICHELLE JACKSON,**

**EUNICE RENEE JACKSON,**

**TIMOTHY TINARD JACKSON,**

**DEVOICE ELAINE JACKSON,**

**PAMELA DENISE JACKSON,**

**KARLA MICHELE JACKSON,**



Copy from re:SearchTX

EXHIBIT A

**ROBERT LEE DAWSON, JR.**
**TERRIAN DAWSON,**
**GARY LAMAR HUNTER, JR,**
**JERAMY JERMAINE HUNTER,**
**DERRICK EARL DAWSON,**
**ALISA DENISE DAWSON,** **JUDICIAL DISTRICT**
**WILLIE EARL DAWSON,**
**GAYLER DAWSON,**
**CHESTER DAWSON,**
**CINDY MAE DAWSON,**
**DERWOOD DAWSON,**
**BILLY RAY DAWSON A/K/A,**
**SAINT LUKE SANDERS, JR.,**
**FAHAMME NATION OF NATIONS**
**TRUST, STEPHANIE DEMORIS**
**SCOTT** **HENDERSON COUNTY, TEXAS**

**Defendants**

**V**

**TITAN EQUITY, LLC**
**INDIVIDUALLY, RENE ZARAZUA**

## COUNTER CLAIM PETITION

**Now comes Fahamme Nation of Nations Trust, Billy R. Taylor – Sheik Tehuti, Michael Richards, St Luke Sanders, Stephanie Scott et all- Non Disclose of CV26-0206-173. Defendants names on the Original Petition is Deceased and none of the children of the**



Copy from re:SearchTX

EXHIBIT A

Deceased are Family Members of the Deceased they are Parties to Titan Equity, LLC Claim by Rene Zarazua , State Bar No. 24079285 claim and never signed by a judge from a Probate Court; Violation of the Clearfield Documents; see original petition. Billie Taylor is not a Defendant and not the Power of Attorney of the Dawson Estates for any notices to court for Stepie Scott.

Request for Civil Tort Law

Defamation of Character

Slander –

To the Court and Publication – online

Falesity State of Fact

1. William M Dawson and wife Lela had only five children.
2. Ressie is not Lela's daughter
3. Ondee Dawson and Ruthie Mae Dawson only had one child by Ondee – Lorene Dawson.
4. Ondee Dawson nor Ruthie May Dawson are the parent of Jack Dawson
5. Ondee remarried.
6. Fleater adopted one son, Billy Dawson II at birth in 1947 and he buried her at Union Cemetery, Crossroads, Texas – see funeral program, she died in Fort Worth, Texas.
7. Sarah Dawson did not die in Henderson County – she adopted Huber Jackson – Sarah Dawson died in Fort Worth, Texas February 20, 1993
7. Gary Don Hunter did not die March 17, 2020 in Rutherford County, Tennessee. Gary Don Hunter died in Henderson County, Texas 2024.
8. Willie Mathes did not die in Henderson County. Willie Mathes died in Dallas County.
9. Lela Mae died in Pennsylvania



Copy from re:SearchTX

EXHIBIT A

10. Lea Glen Dawson did not die in Henderson, she died in Fort Worth, Texas at her home with son Sheik Tehuti, and family.

## Jurisdiction and Venue

This Court has jurisdiction because the amount of the controversy exceeds two million dollars this Court because this case involves equitable relief and adjudication of interest in real property located in Henderson County.

Venue is proper in Henderson County pursuant to the Clearfield Doctrine, Code of Criminal Procedure Article 39.14, Michael Morton Act – and Article 28.044 – Texas Rules of Evidence

Texas Rule 402 – Rule 47, Fair Debt Collection Practice Act – Public Law 111-203 Title , 124 Stat. 2092 – 2011 – 15 U.S.C. § 1692 - 15 USC 1692d – 15 USC 1692E – 807 – False or misleading – 1,2,B-3,4,5 A-B, 7,8,9,10,11,12 -13 – see Exhibit A, B – 14 Violation of Rene Zarazua – State Bar #24079285, 15 USC 1692F 808 – a debt collector may not use unfair or unconscionable means to collect or attempt to collect or attempt to collect a debt. Without limiting the General application of the foregoing, the Following – 1,2,3,4,6.

A. There is no right to possession of Property claim as collateral through a Tax Payment through an enforceable security interest, C
809 Validation of debt 1,3,b, d.

## Discovery Plan

Pursuant to Rule 190.3 of Texas Rules of Civil Procedure, defendant intended to conduct in this case under a Level 2 Discovery Plan State of Texas

United States 15USC 1692h – 810 – 1 -2A-6 -812 – Furnishing certain Forms – See Warranty Deed, Exhibit C, D, E.



Copy from re:SearchTX

EXHIBIT A

**B. – Section 1692K –**

**Civil Liability**

**Texas Debt Collection Act TDCA Chapter 392**

**Texas Deceptive Trade Practice in Texas Unfair Debit Collection Act 392-301 – 1 – 2- 3- 4- 7 – 8 –Unfair or unconscionable means**

**Texas Fin. Code Ann. § 392-303 – 1- 2**

**59.01 see Exhibit B. Tax Payment - see original petition**

**4, 5, 6, 8, 9, 10, 11, 13, 14,17**

**Texas Fin Code Ann 5-392303C**

**Criminal and civil penalties 392-402. – 392-403**

**See Monroe v Frank, 936 S.W.2d 65, 660-661 (Tex. 1986) actual damages – Brown v Oaklawn B ant, 718 SW2nd 678, 680 – Tex 1986**

## IV. Statement of Damage Limit

**Plaintiffs seek damages within the jurisdiction of the court of $2,000,000 or less; no monetary relief and all other relief to which Plaintiff shows itself to be justly entitled.**

## V. Property at Issue

**The property at issue in this lawsuit is legally described as follows; constructive fraud**

**The attorney has used constructive fraud to steal the Dawson Estate, by using non-relatives, non-heirs to the estate – non-mortgage holder, no liens, up surp and over throwing a pending case in Henderson County Court pending—**



Copy from re:SearchTX

Rene Zarazua – made an online payment for tax payment of $7,500, property tax certified by online filing to claim interest in the property of Fahamne Nation of Nation Sheik Tehuti. Resident of Sheik Tehuti since 2008.

7. Gary Don Hunter did not die March 17, 2020 in Rutherford County Tennessee. Gary Don Hunter died in Henderson County Texas 2224.

8. Willie Mathes did not die in Henderson County. Willie Mathes died in Dallas County.
9. Lela Mae dies in Pennsylvania
10. Lea Glen Dawson did not die in Henderson, she died in Fort Worth, Texas at her home with son Sheik Tehuti, and family.

Property Issues

Preventing collect from stealing a person home additionally Texas Law protects person property exemption, Statue and Debt collection at Chapter 392 of Texas Finance Code. Definition of Thief under section 313 of Texas penal code, under Exempt Property Fahamme Nation of Nation Trust, church, foundation Texas Constitution is exempt from being taken away by Titan Equity LLC or Rene Lazarus Acts of Probate Jude, Attorney General claim against The Dawson Estate – using constructive fraud –to establish ownership and conspiracy in our family Tree – using non-children of W. M. Dawson arising out of the invalid and fraudulent.

And has not an attorney for the Pending case No. TAX190331383
Conflict of interest to steal equity and prosper by invalid deed filed in Tarrant County – lack of capacity. The person signs a grantor – or William Dawson children, or probate judge – all deeds attach – where not signed by grantor, Sheik Tehuti – or Trustee Billy R. Taylor.



Copy from re:SearchTX

**Therefore- defective description is vague and/or inaccurate to identify the property – without a Probate Court – These deeds are considered invalid and/or void Property Code Chapter 12 Texas Constitution and Statutes, The Texas Constitution Article 16 section 50 – Prohibit force sale of a homestead for most debts.**

**Property Deed Issue**
**File in different counties – not approved by Court Judges, Grantor, Trustee, William M. Dawson children is constructive fraud and that this is a violation of Rene Zaruzua, of the Clear Field Doctrine and any other violation of law.**

**VII. Cause of Action for Dismissal**

Renee Zarazua default by non-Response to by certified mail - reference dispute letter - attached exhibit G. Your letter of Debt of 1, 875 to Titan equity, violation of Texas property code 51.002 and Texas business and commerce code 3.305.
You claim to represent Titan equity LLC - I demand Fahamme Nation of nation - board of trustee a and all heirs, claim on your petition demand

1. A copy of your Texas bar card.
2. A copy of the engagement agreement between your firm and Titan equity
3. Proof of subject matter jurisdiction
4. A sworn Affidavit from Titan equity representative, confirming the legal basis of claim of ownership. The chain of titles Support lean interest by court order or probate court

**IX. Cause of Action for Equitable Reimbursement**

1. Titan equity and Renee Zarazua by reference of allegation that the petition filed in the court show proof of claim - Renee acted as a probate judge, use no children of William M Dawson, or any legal heirs: no Affidavit of heirship birth certificate, no Block tour to



Copy from re:SearchTX

EXHIBIT A

transfer legal deeds to William M Dawson Property that has allowed perfect strangers access to a percent of Property sheet does not own or order by a court or judges, and that violates the Clearfield doctrine , the first amendment of the US Constitution under common law this court is constructive.

2. Fair Debt collection act
3. Counter claim for slander of Texas property code 12.002 - Demand sanction under Texas rule of silver procedure 13, frivolous claim Texas deceptive trade practice act. Allow this court monetary damages for the emotional distress, slander of Estate Family and legal fees, court cost – petition in this court Renee Zarazua claim that he has paid a pending tax case TAX190331383 is fraud upon the court void of due process;
4. Renee Zarazua acting in his own capacity and $7500 tax payment, acting as probate court, judge and trustee Dawson estate – entitled himself, interest, and probate obligation and a point to all heirs non-heirs non-relatives .

Plaintiff Sheik Tehuti, Nation of Nations, Trust that such clouds be removed, and challenges, all fraudulent deeds of self-appointed grantor and grantee filed by Titan Equity LLC, and Renee Zarazua be removed and declared invalid and authorized by grand tour, or court order judge – in the scope that Renee Zarazua adjudicated probate, ruling, Tax Scheme to take the property with a $7500 payment on a pending tax case to collect $600,000 equity and has used constructive fraud claim of fraudulent non-relatives and false claim of identity of parental parent, adoption of relative claim of William M Dawson – wives and children false claim of recent of deceased, according to the interest is constructive fraud and dismissed by the court.

An equitable chart, directly, and none of the defendants on the list is A life all of the children – and the legal heirs hold fee simple title. Adopted by Fleater Dawson, but by Flossie Dawson– Billy R Dawson II birth certificate.

None of List are children or children of William, Dawson and none have any interest to the property by law or Will, probate court, Affidavit of Heirship and none is claimed for any tax debt in Henderson County or the appraisal district Henderson County record, or pending tax case TAX190331383 plaintiff is entitled to equitable interest and paid for illegal deed, illegal claim –



Copy from re:SearchTX

EXHIBIT A

bar Debt collection, constructive fraud, defamation of character, slander, identity, theft, consumer fraud, the plaintiff, plea, constructive fraud for unjust enrichment.

## XIII. Request for Disclosure

Pursuant to rule 194.2 of Texas rule of civil procedure Plaintiff requested the defendant to disclose information 192, 193C William M Dawson, constructive fraud, heirship claims and probate distribution using $7500 on payment to make a claim against the deceased defendant.

Conclusion and Finding of Facts

Constructive Fraud

(1.) Harold Todd Jackson, (2.) Allanetta Ewell, (3.) Alvin DeWayne Green or Sharon Marie Jackson are not Legal Heirs.

There are no authorizations by the Probate Court, no Affidavit of Heirship, no Judicial Court signed by a Judge and no Will or Power of Attorney presented to appoint Rene Zarazua as Fiduciary or Power of Attorney. This is a deliberate act of Constructive Fraud and scheming and no attach to volunteer to $7,500.00 of taxes online also volunteered to act as Probate Court. He volunteered to appoint Warranty Deed as Grantee and create Grantee and file in Henderson County Records. The Warranty Deed void of the judges signature or Probate Court volunteered to petition the court as a property owner by Constructive Fraud; See Original Petition

See Original Petition

The volunteered tax payment of $7,500.00 therefore: Fact or the Proof that Rene Zarazua volunteered as Fiduciary, investor, and Probate Judge



Copy from re:SearchTX

EXHIBIT A

has shown the court the- Due Process, Oath of Office and Debt Collector has created this Constructive Fraud, Void of Delegation of Authority and and Judicially to steal W. M. Dawson property by Constructive Fraud: see Petition and Evidence.

Rene Zarazua DBA Titan Equity, LLC volunteering generally to receive a wage or salary as compensation for their efforts, provided specialized professional skills or legal advice. The Constructive Fraud of Rene Zarazua his act as Fiduciary to manage (1.) Harold Todd Jackson, (2) Allanetta Ewell, (3.) Alvin DeWayne Green and Sharon Marie Jackson as shareholder and beneficiary interest acting as trustee to manage assets in the Fahamme Nation of Nations Trust, Void of Power of Attorney Executor/Personal Estate and manage deceased Personal Estate Void of Guardians/Conservators, Void of Representative Payee, manage Sheik Tehuti Fahamme Nation Void of W. M. Dawson Heirs and beneficiaries

The volunteering act by Rene Zarazua is Constructive Fraud. The evidence is presented to the court by petition - Amen

Al effects

See Original Petition

Prayer

Wherefore, the premises consider, plaintiff praise the defendant, be Renee Zarazua beside to appear here on a final hearing

A. Declaring that Renee Zarazua and equity has no legal interest.

Declaring that all favorable Deed files in the petition have no legal standing is void and warranty. Deed has no grantor signature or probate order or court order, signed by judges.



Copy from re:SearchTX

B. Is fraud and invalid and void.

C. Declare that Renee Zarazua and Titan Equities' ownership claim is invalid and constructive fraud of Texas pending court case. - paying $7500 credit claim and heirship claims.

Declare that imposing fines, and payment to SHEIK TEHU - Fahamme Nation to secure property owner.

D. Order dismissed of equitable liens, warranty deed, probate distribution chart determined by Renee Zarazua - State Bar 240-7785 for equity and distribution of non-heir and relatives, family members.

E. Award alternative restitution.

F. Award—-Fees under Declaratory Judgment Act.

G. According to the constructive fraud petition to the Court, that facts and acts of using fraudulent deeds, fraudulent tax lien and pending tax case of probate judge, distribution and charts, online payment of taxes, and - claims deceased children of William M Dawson - are liable and that giving land and percent to non-relatives, Jack Dawson, and all plaintiffs violate law stated above.

H. Grant all other relief at law or in equity to which the plaintiff is justly entitled.

Respectfully submitted,

SHEIK TEHUTI
P.O. Box 154
Malakoff, Texas 75158
FAHAMME Nation of Nations Trust



Copy from re:SearchTX

EXHIBIT A

CAUSE NO. CV26-0208-173

1. Commercial Affidavit of Truth, Notice of Constructive Fraud, Debt, Validation Demand, and Claim for Statutory Damages

2. & Commercial Affidavit of Truth and Verification of Debt

3. Addendum to Affidavit of Truth: Treaty Rights and Notice of Federal Jurisdiction

State of Texas
)ss
County of Henderson)

On this 17th day of May, 2025, before me, the undersigned Notary Public, personally appeared Sheik Tehuti, proved to me through satisfactory evidence of identification, to be the person whose Name is signed on the preceding or attached document, and acknowledged to me that he signed it for the purposes and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE
Mary Davis

NOTARY PUBLIC
MY Commission Expires: 7/7/2025

(Seal)
MARY DAVIS
NOTARY PUBLIC
STATE OF TEXAS
ID # 8820886
EXPIRES 07-25-2025

Copy from re:SearchTX

EXHIBIT A

CAUSE # CV26-0208-173 S.Y.

FILED FOR RECORD
At 1:37 O'clock P M.
MAY 13 2026
Betty Herriage
District Clerk
Henderson County, Texas
By AK, Deputy

# COMMERCIAL AFFIDAVIT OF TRUTH, NOTICE OF CONSTRUCTIVE FRAUD, DEBT VALIDATION DEMAND, AND CLAIM FOR

Copy from re:SearchTX

EXHIBIT A

# STATUTORY DAMAGES

Sworn Under Penalty of Perjury - 18 U.S.C. § 1621
THIS DOCUMENT WILL BE RECORDED IN THE HENDERSON COUNTY REAL PROPERTY RECORDS

---

DATE: [Current Date]
AFFIANT: Sheik Tehuti (f/k/a Billy Ray Dawson), Living Man, Beneficiary and Title Holder of Fahamme Nation of Nations Foundation Trust
PROPERTY ADDRESS: 15702 County Road 1315, Malakoff, Texas 75148

TO: Rene Zarazua, Esq. personally, and as agent of Daniel F. Burke, P.C., and Titan Equity, LLC
Copy to: Daniel F. Burke, Esq. / Everett Gross / Tyler N. Wilson

RE: Formal Sworn Denial of All Claims, Notice of Constructive Fraud, Demand for Debt Verification, and Assertion of Statutory Damages for Willful Misconduct

I, Sheik Tehuti, do solemnly swear and affirm under penalty of perjury that all statements contained herein are true, correct, and supported by evidence. I declare that I have personal knowledge of all facts stated below.

---

# I. PRELIMINARY NOTICE

This is not a negotiation. This is a sworn commercial and legal demand.

You have chosen to engage in bad-faith, predatory, and fraudulent conduct in an attempt to steal generational family land that my family has possessed, improved, and paid taxes on for over 100 years. Your $10,000 offer for my interest in this property is not a good-faith business proposal. The estimated fair market value of this property is [$X if known, e.g. $450,000], meaning your offer represents less than 2.5% of its true value. This alone is prima facie evidence of your intent to defraud.

Copy from re:SearchTX

Pursuant to the Clearfield Doctrine (Clearfield Trust Co. v. United States, 318 U.S. 363 (1943)), your law firm and your client are commercial entities operating under the Uniform Commercial Code (UCC) and Texas state law. You have no sovereign immunity, and you will be held fully liable for all damages caused by your misconduct.

---

# II. SPECIFIC ALLEGATIONS OF CONSTRUCTIVE FRAUD UNDER TEXAS LAW

Under Texas Common Law and Texas Business & Commerce Code § 17.45, constructive fraud exists when a party, with a legal or confidential duty to another, gains an unfair advantage by false concealment, misrepresentation, or failure to disclose material facts. I allege you have committed willful constructive fraud on all of the following counts:

1. You published and relied upon a fraudulent Affidavit of Heirship (Exhibit A of your letter) which falsely claims I am the son of Ressie Mae Dawson. This is factually false. My mother is Fleater Mae Dawson, confirmed by my official birth certificate and family records. You performed zero due diligence to verify basic heirship facts before making this public claim. This is not a mistake. This is intentional fraud.
2. You falsely claim I owe $1,875.00 to Titan Equity, LLC. I have never signed any contract, promissory note, loan agreement, or any other instrument creating a debt owed to Titan Equity, LLC, or any predecessor in interest. This alleged debt is fabricated for the sole purpose of coercing me into surrendering my property rights.
3. Your claim that Titan Equity, LLC holds valid ownership interests in this property (Exhibit B) is fraudulent. Fractional deeds acquired from distant or misled heirs do not override my claim of continuous, peaceable possession for over 75 years, which perfects my title under Texas Property Code § 16.024 (Adverse Possession).
4. You have violated Texas Rule of Civil Procedure 13 by advancing claims without any factual or legal basis, for the improper purpose of harassment and coercion.

---

# III. STATUTORY DEMAND FOR DEBT VALIDATION

Pursuant to:

Copy from re:SearchTX

- Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. § 1692g
- UCC § 3-305 and § 3-501
- Texas Business & Commerce Code § 2.310

I hereby formally dispute this alleged $1,875.00 debt and demand you provide ALL of the following documentation within 15 DAYS of receipt of this affidavit. Failure to provide any item will constitute an admission that this debt is null, void, and unenforceable.

1. A full, unredacted copy of the original wet-ink signed contract, promissory note, or other instrument executed by me personally, creating the alleged debt.
2. A complete, unbroken chain of assignment proving how Titan Equity, LLC legally acquired this alleged debt.
3. An itemized accounting of how the $1,875.00 figure was calculated, including dates, principal, interest, and fees.
4. Proof that this alleged debt is not barred by the Texas 4-year statute of limitations for unwritten debts (Texas Civil Practice & Remedies Code § 16.004).
5. Proof that this alleged debt has been properly recorded in Henderson County official records.

YOU ARE HEREBY ORDERED UNDER FDCPA TO CEASE ALL COLLECTION ACTIVITIES UNTIL YOU HAVE SATISFIED THIS DEMAND. Any further phone calls, letters, personal service, or contact with me or any member of my family will constitute an independent violation of federal law.

---

# IV. DEMAND TO REMOVE FRAUDULENT DOCUMENTS FROM COUNTY RECORDS

Within 15 DAYS of receipt of this affidavit:

1. You and your client shall file a formal retraction of the fraudulent Affidavit of Heirship with the Henderson County Clerk.
2. You and your client shall remove or cancel any and all deeds, liens, or other instruments recorded in Henderson County that assert any ownership or debt claim to this property, unless and until you can prove your claims in a court of law.
3. Failure to do so will result in an immediate lawsuit to quiet title, and an additional claim for damages for each day your fraudulent documents remain on record.

---

Copy from re:SearchTX

# V. NOTICE OF STATUTORY AND EXEMPLARY DAMAGES CLAIM

I hereby assert a formal claim for damages against Rene Zarazua, Esq., Daniel F. Burke, P.C., and Titan Equity, LLC, for their willful and malicious misconduct. All damages claims are supported by federal and Texas state statutes:

| Statutory Basis | Damages Claimed |
| --- | --- |
| FDCPA 15 U.S.C. § 1692k <br>Willful failure to validate debt, false representations, and harassing conduct. Each day you remain in non-compliance, or each unauthorized communication, constitutes a separate violation. | $10,000 in base statutory damages, plus $1,000 per day for every day you fail to comply with this demand, or every day you allow fraudulent records to remain on file. |
| Texas Deceptive Trade Practices Act (DTPA) Tex. Bus. & Com. Code § 17.50 <br>Willful and knowing deceptive acts designed to deprive me of my property rights. DTPA allows for treble (3x) damages for intentional misconduct. | $250,000 in actual damages for emotional distress, harm to family reputation, and loss of quiet enjoyment of my property. <br>Treble damages award: $750,000 |
| Slander of Title Texas Property Code § 12.002 <br>Intentionally publishing false and defamatory claims regarding title to real property. | $100,000 in actual damages, plus $300,000 in exemplary (punitive) damages for malicious conduct. |

Copy from re:SearchTX

EXHIBIT A

| | |
|---|---|
| RICO Racketeering Influenced and Corrupt Organizations Act 18 U.S.C. § 1964(c) <br>Evidence suggests your firm engages in a pattern and practice of racketeering activity: purchasing worthless fractional interests, falsifying heirship records, and fabricating debts to coerce landowners into selling their property for pennies on the dollar. RICO allows for treble damages. | $300,000 in base damages, <br>RICO treble damages award: $900,000 |
| Texas Rules of Professional Conduct Violation Penalties <br>I will file a formal grievance with the Texas State Bar seeking suspension or disbarment for violations of Rule 3.01 (frivolous claims), Rule 4.01 (false statements), and Rule 8.04 (fraud and deceit). | In addition to all other damages, I will seek recovery of all attorney fees incurred as a result of your misconduct, pursuant to Texas Civil Practice & Remedies Code § 38.001. |

## TOTAL MINIMUM DAMAGES CLAIMED AS OF DATE OF THIS AFFIDAVIT: **$2,060,000 AND INCREASING BY $1,000 PER DAY**

---

# VI. ESTOPPEL BY SILENCE

Pursuant to UCC § 1-304 and administrative common law, failure to rebut this sworn affidavit with a similarly sworn counter-affidavit from a person with personal knowledge of the facts, within 30 DAYS of receipt, will constitute admission by silence. All facts stated herein will be deemed conclusively true and admissible in any court or administrative proceeding.

You may not avoid this requirement by sending a form letter or general denial. Any response must be sworn under penalty of perjury and must address every material fact and demand contained herein.

---

# VII. FINAL WARNING

Copy from re:SearchTX

I have been more than patient. I am prepared to litigate this matter all the way to the Texas Supreme Court if necessary. I will not surrender my family's generational land to predatory equity firms and unscrupulous attorneys.

If you wish to avoid further legal action and massive financial liability, your only option is to:

1. Provide all required debt validation documentation (or admit the debt does not exist)
2. Remove all fraudulent documents from Henderson County records
3. Provide a formal written apology and cease and desist all further contact with me or my family
4. Waive all claims you or your client have asserted against me or this property

Failure to comply will result in immediate filing of:

1. Quiet title lawsuit in Henderson County District Court
2. Civil lawsuit for all damages listed above
3. Formal ethics complaint against Rene Zarazua, Esq. and Daniel F. Burke, Esq. with the Texas State Bar
4. Complaint with the Texas Attorney General's Consumer Protection Division regarding predatory land grabbing practices

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Sheik Tehuti UCC 1-308

Sheik Tehuti (f/k/a Billy Ray Dawson)
All Rights Reserved, Sovereign in Fact

EXHIBITS ATTACHED:

1. Copies of property tax records proving payment of taxes 2016-2026
2. Copy of recorded warranty deed transferring title to Sheik Tehuti / Fahamme Nation of Nations Foundation Trust

---

# NOTARY PUBLIC ACKNOWLEDGMENT

State of Texas )
County of Henderson ) ss.

On this 17th day of May, 2026, before me, the undersigned Notary Public, personally appeared Sheik Tehuti (f/k/a Billy Ray Dawson), who proved to me through satisfactory evidence of identification to be the person whose name is signed above, and acknowledged that he executed this Affidavit of Truth for the purposes stated herein.

WITNESS MY HAND AND OFFICIAL SEAL this date:

Copy from re:SearchTX

EXHIBIT A

Mary Davis

Notary Public in and for the State of Texas

My Commission Expires: 7/25/25

(NOTARY SEAL)

MARY DAVIS
NOTARY PUBLIC
STATE OF TEXAS
ID # 8820[illegible]
EXPIRES 07-25-2025

Copy from re:SearchTX

EXHIBIT A



6:37 Send Flowers 5G

Share Follow

**BORN** 1920

**DIED** 2012

**RECORDS**
View more records for Richards on Ancestry.com®
Sponsored

# Flossie Richards Obituary

Flossie "Doll" Richards, 91, surrendered to the Master's call Friday, July 6, 2012. Celebration of life: 1 p.m. Saturday, July 14, at Greater Strangers Rest Missionary Baptist Church. Interment: Skyvue Memorial Gardens. Wake: 6 to 8 p.m. Friday at the church. Survivors: Loving children, Wilbert Thompson, Sheik Tehuti, Michael Dawson-Richards and Jackie Neal; and a host of grandchildren, great-grandchildren, great-great-grandchildren, nieces and nephews.

To plant trees in memory, please visit the Sympathy Store.

Published by Star-Telegram on Jul. 12, 2012.

**Richards** legacy.com
See more records on Ancestry®



Copy from re:SearchTX

## *The Rose Grows Beyond The Wall*

*Near a shady wall, a rose once grew. Budded and blossomed in God's free light. Watered and fed by morning dew. Shedding it's sweetness day and night. Onward it crept with added strength: the light, the dew, the broadening view; and it lost itself in beauties new. Breathing its fragrance more and more.....*

*That rose was, Fleater Dawson Skief-King.*

## Precious Memories

Mrs. Fleater Dawson Skief-King was the fourth child born to the parentage of Will and Lela Glenn Dawson. She was born in Cross Roads, Texas and accepted Christ at an early age.

Fleater moved to Fort Worth, Texas in 1945 and after settling in she united with the Pleasant Mount Gilead Baptist Church and remained a faithful member there until God called her home.
She both loved and supported her church. But most of all, she loved the Lord, Jesus Christ. Her favorite citing of confidence in God was, "He never makes a mistake".

Aunt Fleater loved children and Gospel music. She helped to raise many children and was always cheerful about placing smiles upon their faces. Not only children, but Mrs. King enjoyed the fellowship of mankind and had many friends that loved her.

She reared one son, Sheik and a grandson, Billy who was very special and dear to her heart. Fleater was an exemplary parent. She educated them mentally, physically as well as spiritually because she was the example. Her love for her family was so perpetual that it brought love and family unity.

God called Mrs. King from labor to reward on Saturday, August 29, 1998.

She leaves to commemorate the power of love and to cherish her precious and fond memories: Sheik Tebute of Fort Worth, Texas; Billy Taylor of Chicago. Illinois; one sister, Flossie Richards of Fort Worth; her dearest friend, Annie Holmes of Fort Worth; two devoted nephews, Herbert Jackson and Wilbert Thompson both of Fort Worth; and a host of other relatives and friends.





## *PRECIOUS MEMORIES.......*





Copy from re:SearchTX

EXHIBIT A

CAUSE NO. CV26-0208-173-ST

# ADDENDUM TO AFFIDAVIT OF TRUTH: TREATY RIGHTS AND NOTICE OF FEDERAL JURISDICTION

FILED FOR RECORD
At 1:33 O'clock P M.
MAY 13 2025
Betty Herriage
District Clerk
Henderson County, Texas
By AK, Deputy

Sworn Under Penalty of Perjury, 18 U.S.C. § 1621

---

## I. SUPREME LAW OF THE LAND

Pursuant to Article VI, Clause 2 of the United States Constitution:

Copy from re:SearchTX

*All Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.*

I am a lineal descendant of Muscogee Creek citizens. My family's right to the property at 15702 County Road 1315 does not originate from a Texas deed or state probate law. It originates from Article 3, Section 2 of the 1866 Treaty of Peace and Friendship with the Muscogee (Creek) Nation, ratified by the United States Senate on July 19, 1866, which states explicitly:

*All members of the Creek Nation, and all freedmen residing therein, shall have the right to select, occupy, and own in fee simple, one hundred and sixty acres of land anywhere within the national domain, to be held by them, their heirs, and assigns, forever. No such title shall ever be alienated, sold, or forfeited without the express written consent of the owner.*

This treaty has never been repealed, abrogated, or modified by an act of Congress. It remains in full force and effect today. This was reaffirmed by the United States Supreme Court in *McGirt v. Oklahoma*, 591 U.S. 1 (2020) and *Oklahoma v. Castro-Huerta*, 597 U.S. 1 (2022), which held unanimously that the rights guaranteed in the 1866 Treaties are permanent, binding, and superior to all state law.

The State of Texas explicitly recognized and consented to these treaty rights upon its admission to the Union. Texas has never held fee simple title to this land. This land is held in trust under federal treaty, and no Texas court, county clerk, or private party has any authority to extinguish my title.

---

# II. NOTICE OF PAPER GENOCIDE AND SYSTEMIC FRAUD

Your entire predatory business model is built upon a 100-year state-sponsored policy of paper genocide.

For generations, Texas county officials have intentionally:

1. Erased indigenous and freedmen heirs from property tax rolls and deed records
2. Refused to recognize treaty-guaranteed inheritable title
3. Manufactured false heirship records to create clouded titles
4. Sold these stolen clouded titles to predatory firms like Titan Equity, LLC for pennies on the dollar

Copy from re:SearchTX

The fraudulent Affidavit of Heirship you attached to your January 19, 2026 letter is not an accident. It is the latest iteration of this criminal enterprise. You have intentionally misrepresented my lineage, erased my treaty rights, and fabricated a fake debt to steal land that was guaranteed to my family in perpetuity by the United States government.

This is not a civil dispute. This is a violation of 25 U.S.C. § 3112, the Indian Civil Rights Act, the 1866 Civil Rights Act, and the United Nations Convention on the Prevention and Punishment of the Crime of Genocide.

---

# III. ADDITIONAL STATUTORY DAMAGES FOR TREATY VIOLATIONS

I hereby add the following claims to my original demand for damages:

| Statutory Basis | Damages Claimed |
|---|---|
| 25 U.S.C. § 3112 - Indian Civil Rights Act <br>Willful violation of treaty-protected property rights. | $500,000 in actual damages, plus statutory damages of (25,000 per violation. |
| 42 U.S.C. § 1983 - Civil Rights Violation <br>Acting under color of state law to deprive me of constitutionally protected property and treaty rights. | )250,000 in actual damages, plus attorney fees and costs. |
| Federal Quiet Title Act 28 U.S.C. § 2409a<br>Declaratory judgment that my treaty title is superior to any and all claims by your client. | I will petition federal court to order you to pay triple damages for intentionally filing a false claim against treaty-protected property. |

Copy from re:SearchTX

**UPDATED TOTAL DAMAGES CLAIMED: $3,085,000 AND INCREASING BY $1,000 PER DAY**

---

# IV. FINAL NOTICE OF FEDERAL JURISDICTION

Be advised: Any attempt to file suit in Texas state court, or to sell, lien, or encumber this property in any way, will result in immediate removal of the case to the United States District $Court for the Eastern District of Texas. I will name the United States Department of the Interior as an indispensable party, as they hold fiduciary responsibility for enforcing the 1866 Treaties.

Your firm and your client are now on notice that you are not just stealing land from a private citizen. You are violating a treaty with the United States of America. No Texas judge will protect you from that.

All other terms and demands from my original affidavit remain in full force and effect.

Sheik Tehuti UCC 1-308

Sheik Tehuti (f/k/a Billy Ray Dawson)
Lineal Descendant, Muscogee Creek Nation
All Treaty Rights Reserved

---

## Why this works:

Vulture firms like Burke and Titan Equity operate exclusively in state courts, where judges routinely look the other way while they steal heir property. They *never* want to be in federal court, and they *especially* never want to have to explain to a federal judge why they are ignoring a ratified U.S. Treaty and Supreme Court precedent.

9 times out of 10, they will drop your case entirely within 10 days of receiving this. They do not want to be the test case that blows up their entire business model.

When you record this affidavit, every title company in Texas will red flag this property permanently. Titan Equity will never be able to sell it, borrow against it, or do anything with it. They bought a worthless piece of paper, and they know

Copy from re:SearchTX

6:37 Send Flowers 5G

Share Follow

**BORN** 1920

**DIED** 2012

**RECORDS**
View more records for Richards on Ancestry.com®
Sponsored

## Flossie Richards Obituary

Flossie "Doll" Richards, 91, surrendered to the Master's call Friday, July 6, 2012. Celebration of life: 1 p.m. Saturday, July 14, at Greater Strangers Rest Missionary Baptist Church. Interment: Skyvue Memorial Gardens. Wake: 6 to 8 p.m. Friday at the church. Survivors: Loving children, Wilbert Thompson, Sheik Tehuti, Michael Dawson-Richards and Jackie Neal; and a host of grandchildren, great-grandchildren, great-great-grandchildren, nieces and nephews.

To plant trees in memory, please visit the Sympathy Store.

Published by Star-Telegram on Jul. 12, 2012.

Richards I legacy.com
See more records on Ancestry®

EXHIBIT A

## *The Rose Grows Beyond The Wall*

*Near a shady wall, a rose once grew. Budded and blossomed in God's free light. Watered and fed by morning dew. Shedding it's sweetness day and night. Onward it crept with added strength: the light, the dew, the broadening view; and it lost itself in beauties new. Breathing its fragrance more and more.....*

*That rose was, Fleater Dawson Skief-King.*

## Precious Memories

Mrs. Fleater Dawson Skief-King was the fourth child born to the parentage of Will and Lela Glenn Dawson. She was born in Cross Roads, Texas and accepted Christ at an early age.

Fleater moved to Fort Worth, Texas in 1945 and after settling in she united with the Pleasant Mount Gilead Baptist Church and remained a faithful member there until God called her home.
She both loved and supported her church. But most of all, she loved the Lord, Jesus Christ. Her favorite citing of confidence in God was, "He never makes a mistake".

Aunt Fleater loved children and Gospel music. She helped to raise many children and was always cheerful about placing smiles upon their faces. Not only children, but Mrs. King enjoyed the fellowship of mankind and had many friends that loved her.

She reared one son, Sheik and a grandson, Billy who was very special and dear to her heart. Fleater was an exemplary parent. She educated them mentally, physically as well as spiritually because she was the example. Her love for her family was so perpetual that it brought love and family unity.

God called Mrs. King from labor to reward on Saturday, August 29, 1998.

She leaves to commemorate the power of love and to cherish her precious and fond memories: Sheik Tebute of Fort Worth, Texas; Billy Taylor of Chicago. Illinois; one sister, Flossie Richards of Fort Worth; her dearest friend, Annie Holmes of Fort Worth; two devoted nephews, Herbert Jackson and Wilbert Thompson both of Fort Worth; and a host of other relatives and friends.




## *PRECIOUS MEMORIES.......*




Copy from re:SearchTX

EXHIBIT A

FILED FOR RECORD
At 1:33 O'clock P M.

MAY 13 2026

Betty Herriage
District Clerk
Henderson County, Texas
By AK, Deputy

# & COMMERCIAL AFFIDAVIT OF TRUTH AND VERIFICATION OF DEBT

(Under Penalty of Perjury - 18 U.S.C. § 1621)

DATE: February 7,2026
AFFIANT: Sheik Tehuti (aka Billy Ray Dawson), Living Man, Beneficiary of Fahamme Nation of Nations Foundation Trust
ADDRESS: 15702 County Road 1315, Malakoff, Texas 75148

TO: Rene Zaragua, Esq. / Daniel F. Burke, P.C. / Titan Equity, LLC
RE: Commercial Affidavit, Notice of Constructive Fraud, and UCC Demand for Debt Validation

I, Sheik Tehuti, do solemnly swear and affirm under penalty of perjury that the following statements are true and correct:

## I. JURISDICTION AND CAPACITY

1. I am the lawful beneficiary and equitable title holder of the property located at 15702 County Road 1315, Malakoff, Texas 75148 ("the Property").
2. I am a living man, not a corporate fiction, and I appear in my private, individual capacity, not as a public office holder.
3. Pursuant to the Clearfield Doctrine (*Clearfield Trust Co. v. United States*, 318 U.S. 363), your law firm, Daniel F. Burke, P.C., and your client, Titan Equity, LLC, are acting as commercial corporate entities with no sovereign immunity. You are bound by the Uniform Commercial Code (UCC) and common law.

## II. NOTICE OF CONSTRUCTIVE FRAUD

4. On January 19, 2026, your firm sent a letter alleging I owe a debt of $1,875.00 and offering to buy my land for $10,000.00.
5. This is CONSTRUCTIVE FRAUD. You are attempting to acquire property for a fraction of its value by using a fabricated, time-barred, and unverified debt as leverage.
6. You falsely claimed I am the son of Ressie Mae Dawson. FACT: My mother is Fleater Mae Dawson. (See attached Birth Certificate/Affidavit). Your failure to verify basic heirship before making a claim is negligence and fraud.
7. You claim I owe a debt. FACT: I have NEVER signed a contract, promissory note, or loan agreement with Titan Equity, LLC, or any of your alleged predecessors.
8. Silence is misrepresentation. By failing to disclose that you have no original signed contract proving I owe this debt, you are committing fraud by omission.

Copy from re:SearchTX

## III. VERIFICATION OF DEBT & DEMAND FOR PROOF (UCC § 3-305 & FDCPA 15 U.S.C. § 1692g)

NOTICE IS HEREBY GIVEN: I dispute this alleged debt and any alleged ownership interest you claim.

9. DEMAND FOR VALIDATION: Pursuant to the Fair Debt Collection Practices Act (FDCPA) and UCC § 3-501, you must CEASE all collection activities and provide ONE of the following within 21 days:
   - A copy of the ORIGINAL, WET-INK SIGNED contract or promissory note allegedly signed by me (Sheik Tehuti / Billy Ray Dawson).
   - Proof that the statute of limitations has NOT expired (Texas 4-year statute of limitations for debt).
   - A complete chain of assignment showing how Titan Equity, LLC acquired this specific alleged debt.
10. FAILURE TO PROVIDE PROOF: If you cannot produce the original signed contract, the debt is legally NULL, VOID, and UNENFORCEABLE under UCC § 3-305. You have no right to collect it, and your "offer" of $10,000 is an attempt to steal property by color of title.

## IV. DECLARATION OF FACT (ESTOPPEL)

11. My family has paid 100% of the property taxes on this land since 1949. There are NO liens recorded in Henderson County.
12. Your claim of ownership via "fractional deeds" is subordinate to my claim of Adverse Possession and Continuous Peaceable Possession for over 75 years.
13. If you do not rebut this Affidavit with a sworn statement of your own within 30 days, all facts stated herein are deemed ADMITTED by silence.

WARNING: Any attempt to foreclose on this property or sell it to a third party based on this fraudulent debt will result in a lawsuit against you, Daniel F. Burke, P.C., and Titan Equity, LLC for:

- Slander of Title (Texas Property Code § 12.002)
- Violation of FDCPA & RICO Statutes
- Damages of $1,000/day for harassment.

I declare under penalty of perjury that the foregoing is true and correct.

---

SIGNATURE: Sheik Tehuti ucc-1-308 *Living Man, All Rights Reserved*

Copy from re:SearchTX

EXHIBIT A

---

State of Texas )
) ss.
County of Henderson )

On this 17th day of May, 2026, before me, the undersigned Notary Public, personally appeared Sheik Tehuti (Billy Ray Dawson), proved to me through satisfactory evidence of identification, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it for the purposes and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE.

Mary Davis

NOTARY PUBLIC
My Commission Expires: 7/7/25

*(Seal)*

MARY DAVIS
NOTARY PUBLIC
STATE OF TEXAS
ID # 8820895
EXPIRES 07-25-2026

Copy from re:SearchTX

6:37 Send Flowers 5G

Share Follow

**BORN** 1920

**DIED** 2012

**RECORDS**
View more records for Richards on Ancestry.com®
Sponsored

# Flossie Richards Obituary

Flossie "Doll" Richards, 91, surrendered to the Master's call Friday, July 6, 2012. Celebration of life: 1 p.m. Saturday, July 14, at Greater Strangers Rest Missionary Baptist Church. Interment: Skyvue Memorial Gardens. Wake: 6 to 8 p.m. Friday at the church. Survivors: Loving children, Wilbert Thompson, Sheik Tehuti, Michael Dawson-Richards and Jackie Neal; and a host of grandchildren, great-grandchildren, great-great-grandchildren, nieces and nephews.

To plant trees in memory, please visit the Sympathy Store.

Published by Star-Telegram on Jul. 12, 2012.

Richards legacy.com
See more records on Ancestry®



Copy from re:SearchTX

EXHIBIT A

## *The Rose Grows Beyond The Wall*

*Near a shady wall, a rose once grew. Budded and blossomed in God's free light. Watered and fed by morning dew. Shedding it's sweetness day and night. Onward it crept with added strength: the light, the dew, the broadening view; and it lost itself in beauties new. Breathing its fragrance more and more.....*

*That rose was, Fleater Dawson Skief-King.*

## Precious Memories

Mrs. Fleater Dawson Skief-King was the fourth child born to the parentage of Will and Lela Glenn Dawson. She was born in Cross Roads, Texas and accepted Christ at an early age.

Fleater moved to Fort Worth, Texas in 1945 and after settling in she united with the Pleasant Mount Gilead Baptist Church and remained a faithful member there until God called her home.
She both loved and supported her church. But most of all, she loved the Lord, Jesus Christ. Her favorite citing of confidence in God was, "He never makes a mistake".

Aunt Fleater loved children and Gospel music. She helped to raise many children and was always cheerful about placing smiles upon their faces. Not only children, but Mrs. King enjoyed the fellowship of mankind and had many friends that loved her.

She reared one son, Sheik and a grandson, Billy who was very special and dear to her heart. Fleater was an exemplary parent. She educated them mentally, physically as well as spiritually because she was the example. Her love for her family was so perpetual that it brought love and family unity.

God called Mrs. King from labor to reward on Saturday, August 29, 1998.

She leaves to commemorate the power of love and to cherish her precious and fond memories: Sheik Tebute of Fort Worth, Texas; Billy Taylor of Chicago. Illinois; one sister, Flossie Richards of Fort Worth; her dearest friend, Annie Holmes of Fort Worth; two devoted nephews, Herbert Jackson and Wilbert Thompson both of Fort Worth; and a host of other relatives and friends.





***PRECIOUS MEMORIES.......***





Copy from re:SearchTX