**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF Texas**
**TYLER DIVISION**

| | | |
|---|---|---|
| **FAHAMME NATION OF NATIONS TRUST DBA SHEIK TEHUTI, BILLY R. TAYLOR, TRUSTEE, AND ALL HEIRS OF THE W.M. DAWSON ESTATE,** | § § § § § | |
| ***Plaintiff*****,** | § | **CIVIL ACTION NO. 6:26-CV-319** |
| **vs.** | § § | |
| **RENE ZARAZUA, TITAN EQUITY, LLC, AND HAROLD TODD JACKSON (DECEASED),** | § § § | |
| ***Defendants*****.** | | |

**ORDER DISMISSING PLAINTIFFS' CLAIMS PURSUANT TO RULE 12(b)(6)**

On this day cam to be considered Defendants Rene Zarazua's and Titan Equity, LLC's Motion to Dismiss (the "Motion") all claims asserted by Plaintiffs. The Court, after considering the Motion believes the Motion should be granted.

IT IS THEREFORE ORDERED that pursuant to Federal Rule of Civil Procedure 12(b)(6), all of Plaintiffs claims against Defendants are hereby dismissed with prejudice.

Signed this ____ day of ___________, 2026.

______________________________
HONORABLE JUDGE PRESIDING

*4936-8035-0672, V. 1*