# LONE STAR LEGAL AID
# APPLICATION

## INFORMATION ABOUT YOU:

Applicant's Full Legal Name: Sheik (First) ___ (Middle) Tehuti (Last) ___ (Jr., Sr., III, etc)

Other last names you have used: DAWSON

Applicant's address: P. O. BOX 154 MALAKOFF, TX – Resident 15702 CR, 1315

City, State, Zip Cross Roads, Texas 75148 County Henderson

Social Security# 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 Date of Birth: 05 / 15 / 1947 (Month Day Year)

Phone # 214-861-6547 Work Phone # N/A Cell Phone # 214-329-8755

Preferred Language: ENglish Email address: Sheik.tehuti@yAhoo.com

Spouse's Full Legal Name: N/A (First) N/A (Middle) N/A (Last) ___ (Jr., Sr., III, etc) SSN# N/A

## MORE INFORMATION ABOUT YOU

**Please circle your answers to the following:**

Employed: Yes **No** Disabled: **Yes** No Domestic Violence Victim: Yes **No**

Race/Ethnicity: White **African-American** Hispanic Native American Asian/Pacific Islander Other

Sex: **Male** Female Marital Status: Married Single **Divorced** Widowed Separated

Living Arrangements: 1. Private Rental 2. Own Home 3. Fed. Subsidized Rental 4. Relatives 5. Friends 6. Nursing Home 7. Shelter 8. Mental Institute 9. Incarcerated 10. Homeless Other: ___

Are you a Natural Disaster Survivor? Yes **No** Which one? N/A Violent Crime Victim: Yes **No**

## PLEASE TELL US WHY YOU NEED A LAWYER:

The trust can't represent itself. in the fifth circuit, a trust or other entity must appear through a licensed attorney

## INFORMATION ABOUT THE OPPOSING PARTY:

Full Name: Rene (First) GAbriel (Middle) ZARAZUA (Last) ___ (Jr., Sr., III, etc.)

Other last names used: UNKNOWN

Social Security #: UNKNOWN – BAr # 24077285 Sex: **Male** Female Date of Birth: UNKNOWN __/__/__ (Month Day Year)

Address: 732 Culebra (Street Number and Name, Apt #) Office Address San Antonio (City) TX (State) 78701 (Zip Code)

I am a citizen of the United States/Soy ciudadano(a) de los Estados Unidos.

___ Signature/Firma ___ Date/Fecha

## INFORMATION ABOUT PEOPLE LIVING WITH YOU:

(HH members = living together, related by blood, marriage or adoption and have a legal obligation to support; CLM = living together, holding out as married, present intent to marry; SDHH = shared housing, relationship, legally enforceable duty to support, moral obligation of support, local custom, local economic & social factors, and local resource availability; LOS includes spouses, parent-child, < 18 when disability occurs, 18 or 19 and enrolled and attending high school, court orders like conservatorship, guardianship, foster)

Number of adults living in your household (including you)? 1 Number of children under age 18 living in your household? 0

| Full Name: | Date of Birth: | Relationship to you: |
|---|---|---|
| Sheik Tehuti | 05/15/1947 | Self |
| | / / | |
| | / / | |
| | / / | |
| | / / | |
| | / / | |

## INCOME & ASSET INFORMATION ABOUT YOU & PEOPLE LIVING WITH YOU:

**Monthly Income of you and people living with you:** (Alimony; Annuity; Child Support; Disability-Private; Employment; Insurance-Regular Payments; Military; Other; Pension; Rental income; Self Employment; Social Security (Retirement, Survivor Benefits, Disability, SSI); Spousal Support; TANF; Training Stipend; Trust, Interest, Dividend, Royalty; Unemployment; VA benefits; Workers Comp.)

| Name of person receiving income: | Type of income: | Monthly Gross Income & | Hourly Wage | Hours/week |
|---|---|---|---|---|
| Sheik Tehuti | SSI | $ 853.90 | $ N/A | # N/A |
| | | $ | $ | # |
| | | $ | $ | # |
| | | $ | $ | # |

**Do you have any reason to believe that your income is likely to change significantly in the near future?**
Yes: ______ No: ✓ If yes, explain: ______

**All Assets owned by you and people living with you:** (Burial plots; Cash; all checking accounts; all savings accounts; all stocks, bonds, CDs; professionally prescribed health aids; homestead; income producing assets; other assets; primary residence; all vehicles; the total value of all personal property; other real estate; cash surrender value of life insurance)

| Name of Person who owns asset: | Type of Asset | Amount/Equity Value |
|---|---|---|
| Sheik Tehuti | 1999 Ford F-250 | $ 3,500.00 |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

Do you have health care coverage or access to free or reduced cost health care? ✓-Yes
Do you receive food stamps? Y (Amt.) $104.00

**Monthly Expenses currently being paid by you and people living with you:**

| | | | | | |
|---|---|---|---|---|---|
| Rent/Mortgage Payment: | $ 0 | Age/Disability-Related | | Fixed Debts: | |
| Employment Related Expenses: (must be working, in school, looking for work) | | Non-medical Expenses (formula, diapers, depends, Ensure) | $ N/A | Home/Renters Ins. | $ N/A |
| Dependent Care | $ 0 | | | IRS Payments | $ N/A |
| Clothing/Equipment | $ 80.00 | Current Taxes: | | Student Loans | $ N/A |
| Education | $ N/A | Income | $ N/A | Vehicle Payments | $ N/A |
| Transportation: gas, bus, parking | $ 200.00 | Property | $ Trust | Vehicle Insurance | $ |
| Medical Expenses: | | Support Payments: | | Other – Describe: | $ |
| Unreimbursed health insurance | $ 0 | Alimony | $ N/A | | |
| Unreimbursed medical expenses (not paid for by any other source) | $ N/A | Child Support | $ N/A | | |
| | | Spousal Support (must be currently paying) | $ N/A | | |

THANK YOU

## CITIZENSHIP ATTESTATION

I am a citizen of the United States:

Signature 9/28/2026
Date

## TESTIMONIO DE CIUDADANIA

Soy un ciudadano de los Estados Unidos:

Firma
Fecha

## Chứng nhận Quốc tịch

Tôi là công dân Mỹ:

Ký tên
Ngày

Street Sheet Supplement

**Disabled Children Grant & Veterans' Services Grant**

1. **Disabled Children's Grant**

Is there a youth under age 30 or under living in your household who is disabled in any way?

Yes No

2. **Veterans' Services**

Have you ever served in the military (i.e. Army, Navy, Marines, Air Force, Coast Guard), including the Reserves or National Guard?

Yes No Unknown

If yes, what date did you separate from the service: ______________________

Are you the spouse, child or other dependant of anyone who has ever served in military, including the Army, Navy, Marines, Air Force, Coast Guard, Reserves or National Guard?

Yes No Unknown

If you answered "Yes" to the above question, are you CURRENTLY a dependant of a veteran?

Yes No

Are you the surviving spouse of anyone who has ever served in the military, including the Army, Navy, Marines, Air Force, Coast Guard, Reserves or National Guard?

Yes No Unknown

Is there anyone else in your household who is serving or has served in the military, including the Army, Navy, Marines, Air Force, Coast Guard, Reserves or National Guard?

Yes No Unknown

If you have answered "Yes" to any of the above questions, what is the military status of the service member or veteran?

| Service Member or Veteran | Other Household Member |
|---|---|
| Active Duty | Active Duty |
| National Guard: Deployed | National Guard: Deployed |
| National Guard: Undeployed | National Guard: Undeployed |
| Active Reserve | Active Reserve |
| Inactive Reserve | Inactive Reserve |
| Discharged | Discharged |
| Retired | Retired |

## MEDICAID QUESTIONNAIRE

1. Are your children covered by Medicaid?
Yes (No)
(If you answered yes, please continue)

2. Do any of your children have any medical or dental problems?
Yes (No)

3. Are you aware that children covered by Medicaid are entitled to dental checkups every 6 months beginning at age one (1)?
(Yes) No

4. Have you had any problem finding a dentist or doctor or with getting an appointment?
Yes (No)

5. Have you experienced transportation problems in getting your children to dental or medical appointments?
Yes (No)

## OMB QUESTIONNAIRE

1. Are you receiving Social Security Disability benefits (not SSI) or Social Security Retirement?
(Yes) No

2. Are your medicare premiums, deductibles, and/or co-pay paid for by the Medicaid program?
(Yes) No

3. Do you have end stage kidney disease?
Yes (No)

## CHILDREN'S HEALTH INSURANCE

1. Do all the children living with you have health insurance?
Yes (No)

2. If not, would you like assistance getting health insurance for these children?
Yes N/A No

3. If yes, have you had any problems with denials, appealing a denial or recertification?
Yes (No)

**LSLA STAFF/PRO BONO VOLUNTEER USE ONLY**

| | Yes | No |
|---|---|---|
| Income Eligible | ☐ | ☐ |
| Asset Eligible | ☐ | ☐ |

| | Yes | No |
|---|---|---|
| Exception | ☐ | ☐ |
| Waiver | ☐ | ☐ |

**Eligibility Notes/ Special Qualifying Factors (SQF):**

_____ US Citizen
_____ Eligible LSC Alien
_____ LPR Card # ____________________
LPR Card Expiration ____________________
Date Viewed ____________________
Initials of Viewer ____________________

Intake Location ____________________
Pro Bono Volunteer ____________________
LSLA Case Handler: ____________________
Interpreter: ____________________
Date: ____________________

It is necessary for you to complete this form is you are or have ever been a victim of any of the following listed acts of abuse regardless of the nature of your legal problem. If you are a current victim, please refer to the Victim Organization list on the following page and contact them immediately.

## *HISTORY OF ABUSE*

*Verbal Abuse:* (includes any use of words or voices to control or hurt you)

☐Yelling
☐Insults you or your children
☐Calls you a whore, slut, bitch
☐Says you're screwing around
☐Being sarcastic
☐Calls you stupid
☐Threatens to use violence
☐Makes fun of you
☐Name calling
☐Threatens to kill you
☐Threatens to hurt kids

*Emotional Abuse:* (involves any action or lack of action that is meant to control or demean you)

☐Threatens suicide
☐Following you
☐Blowing money on drugs
☐Keeping all the money
☐Asking who you were with
☐Asking what you were doing
☐Keeping you from having friends
☐Threatening to harm self
☐Checking up on you
☐Blowing money on alcohol
☐Threatening divorce
☐Coming home drunk or high
☐Keeping you from your family
☐Not allowing you to use the phone
☐Not keeping a job
☐Questioning money use
☐Keeping you from working
☐Intense jealousy
☐Laughing at you
☐Criticizing your looks

*Physical Abuse:* (includes any use of size, strength, or presence to control or hurt you)

☐Pushing
☐Pinning you against will
☐Spanking
☐Twisting arms
☐Kneeing
☐Banging head on wall
☐Forces sex
☐Attack with object
☐Trying to hit you with car
☐Punching walls
☐Driving recklessly to scare you
☐Standing or sitting on you
☐Shoving
☐Holding against your will
☐Biting
☐Choking
☐Burning
☐Backhanding
☐Hitting while pregnant
☐Abuse of children
☐Throwing objects
☐Breaking personal items
☐Sweeping things off table
☐Pushing your out of the car
☐Grabbing
☐Slapping
☐Hair pulling
☐Punching with fists
☐Kicking
☐Attack with knife
☐Attack with gun
☐Tearing clothes
☐Slamming doors
☐Abuse of pets
☐Standing in doorway
☐Standing behind car

*Sexual Abuse:* (includes any use of sex to control or demean you)

☐Forces or pressures sex
☐Lies about use of birth control
☐Pressures you to get pregnant
☐Criticizes you sexually
☐Has affairs with others
☐Publicly shows interest in others
☐Forces sex in front of others
☐Forces sex w/others against your will
☐Refuses to accept "NO"
☐Calls you names like "whore" and "frigid"
☐Forces sex when you are sick
☐Forces unwanted sex acts
☐Prevents you from using birth control
☐Uses objects or weapons during sex
☐Minimizes your feelings about sex
☐Withholds sex and affection
☐Forces sex after beating you
☐Commits sadistic sex acts

Please describe any injuries you have suffered as a result of the above-checked acts committed against you. (Also, please check any appropriate box) ☑ emotional distress, ☐ bruises, ☐ cuts, ☐ scrapes, ☐ black eye(s), ☐ fractures, ☐ broken bones, ☐ etc.

Constructive Fraud and loss of Property

(Please use the back of this sheet if necessary) DATE OF LAST ABUSE: June 20, 2026

File Petition in Federal Court