**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF TEXAS**

**TYLER DIVISION**

| | | |
|---|---|---|
| **FAHAMME NATION OF NATIONS TRUST,**<br>Grantor Sheik Tehuti, Trustee,<br><br>Plaintiff,<br><br>v.<br><br>**RENE GABRIEL ZARAZUA; TITAN EQUITY, LLC; and HAROLD TODD JACKSON (Deceased),**<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:26-cv-00319-JDK<br><br>**JURY** |

**EXHIBIT A**

**DECLARATION OF SHEIK TEHUTI IN SUPPORT OF MOTION FOR APPOINTMENT OF COUNSEL**

I, Sheik Tehuti, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

**1.** I am over eighteen years of age, of sound mind, and competent to make this declaration. I am the Grantor and Trustee of the Fahamme Nation of Nations Trust, the Plaintiff in this action, and I have personal knowledge of the facts stated here.

**2.** I am not an attorney and have no formal legal training. I have prepared the filings in this case myself, without the assistance of a lawyer.

**3.** The Trust holds the family's interest in the property at 15702 County Road 1315, Malakoff, Texas. The Trust has no income-producing assets apart from that property, and the property

is the subject of this dispute. The Trust does not have funds available to pay an attorney's retainer or hourly fees.

**4.** I have contacted attorneys in the Dallas–Fort Worth area and in Henderson County seeking representation for the Trust on a contingent, reduced-fee, or pro bono basis. On September 24, 2026, one attorney agreed to review the documents filed in this case and to consider entering an appearance. As of the date of this declaration, no attorney has agreed to represent the Trust.

**5.** Defendants are represented by a licensed attorney, Rene Gabriel Zarazua, who is also a named Defendant. Defendants have filed a Motion to Dismiss. I do not have the training to respond to that motion with the skill that a licensed attorney would bring, and I understand that the Trust, as an entity, may not be permitted to proceed without a lawyer.

**6.** I am asking the Court to appoint counsel so that the Trust's claims can be decided on their merits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 28, 2026, at Malakoff, Henderson County, Texas.

Sheik Tehuti

**Sheik Tehuti, Grantor and Trustee**
Fahamme Nation of Nations Trust