**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF TEXAS**

**TYLER DIVISION**

| | | |
|---|---|---|
| **FAHAMME NATION OF NATIONS TRUST,**<br>Grantor Sheik Tehuti, Trustee,<br><br>Plaintiff,<br><br>v.<br><br>**RENE GABRIEL ZARAZUA; TITAN EQUITY, LLC; and HAROLD TODD JACKSON (Deceased),**<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:26-cv-00319-JDK<br><br>**JURY** |

**ORDER ON PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL**

Before the Court is Plaintiff's Motion for Appointment of Counsel. Having considered the Motion, the declaration of Sheik Tehuti, the record, and the factors set out in Ulmer v. Chancellor, 691 F.2d 209 (5th Cir. 1982), the Court finds that exceptional circumstances exist and that the Motion should be GRANTED.

**IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1915(e)(1), the Clerk shall identify and request a member of the bar of this Court to represent Plaintiff Fahamme Nation of Nations Trust in this action.**

**IT IS FURTHER ORDERED that Plaintiff's deadline to respond to Defendants' Motion to Dismiss is STAYED until thirty (30) days after counsel for Plaintiff enters an appearance.**

SO ORDERED.

____________________________________
**JEREMY D. KERNODLE**
UNITED STATES DISTRICT JUDGE