**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF TEXAS**

**TYLER DIVISION**

| | | |
|---|---|---|
| **FAHAMME NATION OF NATIONS TRUST,**<br>Grantor Sheik Tehuti, Trustee,<br><br>Plaintiff,<br><br>v.<br><br>**RENE GABRIEL ZARAZUA;**<br>**TITAN EQUITY, LLC; and**<br>**HAROLD TODD JACKSON (Deceased),**<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:26-cv-00319-JDK<br><br>**JURY** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE AND EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Before the Court is Plaintiff's Motion for Continuance and Extension of Time to Respond to Defendants' Motion to Dismiss. Having considered the Motion, the record, and the applicable law, the Court finds that the Motion was filed before the expiration of the original deadline, that good cause exists under Federal Rule of Civil Procedure 6(b)(1)(A), and that the Motion should be GRANTED.

**IT IS THEREFORE ORDERED that Plaintiff's deadline to respond to Defendants' Motion to Dismiss (filed September 15, 2026) is EXTENDED through and including October 29, 2026.**

**IT IS FURTHER ORDERED that any hearing or submission date on Defendants' Motion to Dismiss is CONTINUED accordingly, and the Court will take no action on that motion before the extended response deadline has passed.**

SO ORDERED.

**JEREMY D. KERNODLE**
UNITED STATES DISTRICT JUDGE