**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

FAHAMME NATION OF NATIONS TRUST, *et al.*,

Plaintiffs,

v.

RENE ZARAZUA, *et al.*,

Defendants.

Case No. 6:26-cv-319-JDK

# ORDER OF DISMISSAL

On October 1, 2026, the Court ordered Plaintiffs Fahamme Nation of Nations Trust and Billy R. Taylor to obtain counsel by October 30, 2026. Docket No. 10 at 2. The Court further ordered Plaintiffs to file an amended complaint that complies with the Federal Rules of Civil Procedure and the Court's Local Rules, and to serve the amended complaint on Defendants by October 30, 2026. *Id.* The Court warned Plaintiffs that "[f]ailure to comply . . . will result in dismissal of the case." *Id.* Although October 30 has come and gone, no counsel has appeared for Plaintiffs, nor have Plaintiffs filed an amended complaint.

A district court may dismiss an action for the failure of a litigant to comply with any order of the court. FED. R. CIV. P. 41(b); *see also McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988) ("The court possesses the inherent authority to dismiss the action *sua sponte*, without motion by a defendant."). Here, Plaintiffs have failed to comply with the rules and orders of the Court. Accordingly, the Court **DISMISSES** this case without prejudice for failure to comply with a court order.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **2nd** day of **November, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE