FILED
NOV 17 2026
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

Sheik Tehuti
Heir Beneficiary
Plaintiff

Civil Action No.
6:26-cv-00319-JDK

v.

Rene Gabriel Zarazua
Defendant

# Motion to Alter or Amend Judgment and Reinstate Case, or in the Alternative for Relief from Judgment, and for Time to Retain Counsel and Amend Affidavit of Truth - Objection to dismissal

**1** That this motion to alter or amend Judgement and Reinstate Case - or in alternative for Relief From Judgement and for time to Retain Counsel and to Leave to amend.

**2** That on November 2, 2026, this Court dismissed this case without prejudice for failure to comply with a court order. Plaintiff Sheik Tehuti, pro se, moves this Court to reinstate the case, and submits his Affidavit of Truth in support of this Motion.

**3** That, Plaintiff-Affiant - does not dispute that a trust must appear in a Federal Court to appear in a Federal Court through a Lincen attorney, That defect is curable. Fifth Circuit authority and Rule 17a(3) call for Reasonale opportunity to cure before and action be terminated and I as heir of the W.M. Dawson - holds claim of his own that I am entitled to prosecute Personally under 28 U.S.C. 1654.

That Plaintiff Affiant cause to be in Eastern District Court and Deed Filed in Henderson county Records Superior Security interest upon the Property of W.M. Dawson - in accord to Laws, Bill of Right The Estate comes First, First in Line First in Line - exempt from Levy.

**4** That I provide Due Process of Law that B. Rule 17a(3) bar dismissal until real Property interest son of Fleater Dawson, Parent and Grandson of W.M. Dawson - Sheik Tehuti after an objection and a reasonable time has been allowed for the real party in interest to ratify Join or be substituted into the action Fed R. Civ P 17a c 3.

**5** That I Grandson real Part in interest in his own inherited interest in W M Dawson Estate property. He ask to ratify it prosecution in his individual capacity and ask the Trust to be allowed Reasonable Time to appear through counsel.

**6** That I Request to prosecut his own claims without Counsel - 17 sect 1654 provides that all court of the United States that parties may Plead and conduct their own cases personally or by counsel 28 USC; 28 USC the right to proceed pro se extends to any case that is Litigant's own; Hasken ex rel JB v Dallas, Indep. Se Dist F 4th 280, 283-85 - 5th Cir.

**7** That interest as Grandson an heir in W.M. Dawson Estate property, and the injury of and to that interest from Recording of Deed by Non heir interest belongind to Plaintiff affiant personally. Those belongind to Plaintiff affiant personally. Those Claim are his own within the meaning of 1654 and I may Prosecute them pro se.

**8** That I affiant a pro se given Due Process given an opportunity to cure before Dismissal Courts ordinary afford Plaintiff at least - due Process opportunity to cure Pleading deficiencies before dismissing with Prejudice, unless the defect are incurable Great Plains Tr Co v Morgan Stanley Dean Witter & Co 313 F 3d 305, 329 - 5th Cir 2002.

**9** That Plaintiff Affiant Request to amend to plead the best case is granted leave in his Individual capacity as a heir. Grandson of W M Dawson Estate, to present the Trust Claim only through a lincense attorney to set each claim seperate count with specific facts supporting each element and State the basis for this court Subject matter of Jurisdiction over each Claim.

**10** That Plaintiff Affiant alternative relief is Wanted Under rule 60 b 1 and 6 - I did not understand I needed to have counsel to appear for my family Trust resulted from lay misunderstanding 1654, not bad Faith I will move promptly to obtain counsel see - Texas Legal Aid application, Letter filed, That is proof of Fact, That mistake is excusable, Neglect Under Rule 60 b 1 The circumstance also justify relief under Rule 60 b 6.

**11** That Plaintiff Affiant Request The seven Elves Consideration favor relief; and due process remain remain at the Pleading Stage. allowed Due Process from adjudication on it merit. This Motion timely and the interest of in deciding dispute over title in real property on their merit outweighs the in deciding disputes over Title to real property on outweighs the interest in finality of a dismissal entered before counsel Appear seven Elves, 635 F.2d at 402.

**12** That I, Plaintiff-Affiant Request further alternative any dismissal should be without prejudice I Plaintiff without prejudice and due Process to be allowed to file and amend Complaint. Rodriguez v United States 66 F 3d 93, 97 5th Cir 1995. If the court to decline to reinstate the action, Plaintiff ask the amended to State that dismissal is Without prejudice.

**13** That Plaintiff Affiant allow Fahamme Nation of Nations Trust 30 day from the the Date of the Court order.

**14** That Plaintiff Affiant deem Defense Motion to Dismiss moot upon the filing of the amended complaint or a new set of rules or set a new dead line for Plaintiff response to Provide that alternative of due Process of Law amend the judgement to provide that the dismissal is without prejudice and grant due Process of Law, all other relief Plaintiff Affiant is entitled to Nov. 2026.

**15** That this Plaintiff Affidavit is claims statement of a Living man, The Facts stand a Fact, requesting Due Process Clause: to reinstate Case. The facts stated stand as true both Private and Public Record as True: Article 5 - Lawful Granted.

WHEREFORE, Plaintiff Sheik Tehuti prays that this Court reinstate this case; grant relief from the Judgment under Rule 60(b)(1) and (6); allow the Fahamme Nation of Nations Trust 30 days from the date of the Court order to appear through counsel; grant leave to amend the Complaint; deem the Defense Motion to Dismiss moot upon the filing of the amended complaint; provide that any dismissal is without prejudice; and grant all other relief Plaintiff is entitled to.

Further Plaintiff affiant sayeth not, without prejudice.

Signature: ______________________

Sheik Tehuti

Date: ____________________

Without Prejudice Sheik Tehuti Affiant Authorized Representative Attorney in Fact Pro Se

UCC 1-308 All Rights Reserved Sheik Tehuti

**JURAT**

STATE OF TEXAS §

COUNTY OF Henderson §

Sworn to and subscribed before me on this 17th day of November, 2026, by **Sheik Tehuti**, who is personally known to me or who produced Personally Known as identification.

Notary Signature: Mary Davis

Notary Public, State of Texas

Printed Name: MARY DAVIS

My Commission Expires: July 25, 2029

(Notary Seal)

NOTARY PUBLIC STATE OF TEXAS
MARY DAVIS
Notary ID #8820886
My Commission Expires
July 25, 2029

## Certificate of Service

I, Sheik Tehuti, certify that on the ___12___ day of ___Nov___, 2026, I served a true and correct copy of the foregoing Motion to Alter or Amend Judgment and Reinstate Case, or in the Alternative for Relief from Judgment, and for Time to Retain Counsel and Leave to Amend on Rene Gabriel Zarazua, Defendant, by ___[illegible]___.

___[signature]___

Sheik Tehuti

Date: ___[illegible]___