# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **FAHAMME NATION OF NATIONS TRUST, Grantor SHEIK TEHUTI, et al.,** | § | |
| Plaintiffs, | § | **JURY** |
| | § | Civil Action No. 6:26-cv-00319-JDK |
| v. | § | |
| **RENE GABRIEL ZARAZUA, et al.,** | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION TO ALTER OR AMEND JUDGMENT AND REINSTATE CASE

Before the Court is Plaintiff Sheik Tehuti's Motion to Alter or Amend Judgment and Reinstate Case, or in the Alternative for Relief from Judgment, and for Time to Retain Counsel and Leave to Amend. Having considered the Motion, the record, and the applicable law, the Court finds that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that:

1. The Order of Dismissal and Final Judgment in this action are **VACATED**, and Civil Action No. 6:26-cv-00319-JDK is **REINSTATED** on the Court's active docket.
2. Plaintiff Fahamme Nation of Nations Trust shall appear through licensed counsel within thirty (30) days of the date of this Order.
3. Plaintiff Sheik Tehuti is granted leave to file an amended complaint in his individual capacity within thirty (30) days of the date of this Order.
4. Upon the filing of an amended complaint, Defendants' Motion to Dismiss filed September 15, 2026 shall be deemed **MOOT**, without prejudice to Defendants'

right to respond to the amended complaint as permitted by the Federal Rules of Civil Procedure.

**So ORDERED.**